1  CARLE, MACKIE, POWER & ROSS LLP
   JOHN B. DAWSON (SBN 242161)
2  *jdawson@cmprlaw.com*
   JAY M. BEHMKE (SBN 163603)
3  *jmbehmke@cmprlaw.com*
   RICHARD C. O'HARE (SBN 167960)
4  *rohare@cmprlaw.com*
   100 B Street, Suite 400
5  Santa Rosa, California 95401
   Telephone: (707) 526-4200
6  Facsimile: (707) 526-4707

7  Attorneys for Plaintiffs
   DIANA KARREN and CHARLES KARREN

8

9                  UNITED STATES DISTRICT COURT

10     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

11  DIANA KARREN and CHARLES          CASE NO.   3:14-cv-4929
    KARREN,
12                                    **COMPLAINT FOR DAMAGES AND**
                 Plaintiffs,          **INJUNCTIVE RELIEF**
13
    v.                                1. Cancellation of Trademark Registration
14                                    2. Federal Trademark Infringement
    DOMAINE CARNEROS, LTD.,           3. Federal Unfair Competition
15                                    4. Cal. Unfair Competition, B&P Code § 17200
                 Defendant.           5. Common Law Unfair Competition
16                                    6. Common Law Trademark Infringement
                                      7. Common Law Fraud
17

18                                    **DEMAND FOR JURY TRIAL**

19        Plaintiffs Diana Karren and Charles Karren (collectively, the "Karrens" or "Plaintiffs"), by

20  their attorneys, as and for their Complaint against Defendant Domaine Carneros, Ltd.

21  ("Defendant") allege as follows:

22                           **NATURE OF ACTION**

23        1.      The Karrens are the owners of the registered trademark TERRA DE PROMISSIO®

24  (U.S. Reg. No. 3,358,681) for wine in International Class 033 (the "TERRA DE PROMISSIO

25  Mark"). This action arises out Defendant's fraudulently procured registration, and infringing use,

26  of the confusingly similar LA TERRE PROMISE trademark (U.S. Reg. No. 3,613,730) for wine in

27  International Class 033 ("Defendant's Mark").

28  //

2.     Despite the Karrens' requests, Defendant has refused to cease its use of the Defendant's Mark. Accordingly, the Karrens bring this action for cancellation of Defendant's Mark pursuant to § 37 of the Lanham Act, 15 U.S.C. §§ 1064(3) and 1119; infringement of the TERRA DE PROMISSIO Mark in violation of § 32 of the Lanham Act, 15 U.S.C. §§ 1114(1); federal unfair competition and false designation of origin in violation of § 43 of the Lanham Act, 15 U.S.C. § 1125(a); for unfair competition arising under Cal. Bus. & Prof. Code 17200 et seq.; and for unfair competition, trademark infringement, and fraud under the common law of the State of California.

## JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT

3.     This Court has original subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). This Court has related claim jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367.

4.     This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant resides and transacts business in the State of California and within this judicial district ("district"), committed the tort of infringement in this district, and/or expected or should reasonably have expected its acts to have consequences in the State of California and within this district.

5.     Venue is proper in this district under 28 U.S.C. § 1391(b) because, upon information and belief, Defendant resides and transacts business in this district, a substantial part of the events or omissions giving rise to the claims occurred in this district, and/or the infringement occurred in this district.

## THE PARTIES

6.     Plaintiffs Diana Karren and Charles Karren are husband and wife and reside at 3845 Ely Road, Petaluma, Sonoma County, California.

7.     Upon information and belief, Defendant Domaine Carneros, Ltd. is a Delaware corporation having an address of 1240 Duhig Road, Napa, California 94559.  Upon information and belief, Defendant Domaine Carneros, Ltd.'s parent company is Champagne Taittinger, a privately-owned Champagne producer based in Reims, France.

## FACTUAL BACKGROUND

8.      In 1999, the Karrens used their life savings to purchase an old ranch in Petaluma, Sonoma County, California, located within the Sonoma Coast American Viticultural Area ("AVA"). After moving to the property, the Karrens re-named it "Terra de Promissio," which in English means "land of promise." As explained on the Karrens' website,

> WE CHOSE THE NAME TERRA DE PROMISSIO BECAUSE AS FARMERS, THE LAND IS ABOUT THE "PROMISE". THE PROMISE THAT EVERY NEW SEASON BRINGS THE POSSIBILITY, THE HOPE AND THE DREAMS OF A BOUNTIFUL HARVEST. IT IS THE PROMISE OF THE AMERICAN DREAM --THAT THE FUTURE WILL BE BETTER THAN THE PAST FOR NOT ONLY OUR FAMILY, BUT FOR OUR WORKERS, OUR WINEMAKERS AND FOR ALL THE PEOPLE WHO WILL ONE DAY DRINK A WINE WITH GRAPES FROM OUR VINEYARD.

9.      The Karrens purchased Terra de Promissio with the intention of planting and growing world-class Pinot Noir grapes for use in ultra-premium, still (as opposed to sparkling) red wines. After looking at more than 100 properties in Napa and Sonoma counties, the Karrens bought this southwest-facing, rolling hillside property based upon its "promise," namely, their belief that its combination of soil profile, exposure, and wind and fog influence would make it an ideal site for growing Pinot Noir wine grapes of the highest quality.

10.     Moreover, the Karrens also saw "promise" in the fact that the Sonoma Coast AVA was a well-known region for growing Pinot Noir wine grapes for use in ultra-premium, still red wines, due to its long-growing season, moderate temperatures, and well-draining soils.

11.     In 2002, the Karrens planted 33,000 Pinot Noir grapevines at Terra de Promissio.

12.     At present, there are approximately 50 acres planted to Pinot Noir grapevines at Terra de Promissio. However, Terra de Promissio remains a small, family-owned operation, with Mrs. Karren's parents also living on the property and assisting in the management of the vineyard.

13.     In 2005, the Karrens began selling Pinot Noir grapes from the Terra de Promissio vineyard to wineries for use in their wines, and have allowed such wineries to use the TERRA DE PROMISSIO Mark (as a single-vineyard designation on wine labels and/or in sales and marketing endeavors) as a permitted trademark licensee of the Karrens.

14.     Since 2005, seven wineries purchasing the Karrens' grapes have bottled such wines as a single-vineyard designated wine bearing the mark TERRA DE PROMISSIO. Moreover, since

2005, an additional ten wineries have purchased grapes from the Terra de Promissio vineyard, and used the TERRA DE PROMISSIO Mark, in marketing their Sonoma Coast Pinot Noir blends. In each case, the Karrens agreed to sell grapes to such winery, and license the use of the TERRA DE PROMISSIO Mark, based upon the good reputation of the winery (and/or its winemaker) and its track record for producing and selling critically acclaimed, ultra-premium Pinot Noir wines.

15.     On March 5, 2007, the Karrens filed an application with the U.S. Patent & Trademark Office ("USPTO") to register the TERRA DE PROMISSIO Mark, Serial No. 77-122,183, claiming a first use date at least as early as January 7, 2007, covering "Wine" in International Class 033. The Karrens' application stated that the English translation of the TERRA DE PROMISSIO mark is "Land of Promise."

16.     On October 9, 2007, the TERRA DE PROMISSIO Mark was published for opposition. On December 25, 2007, the USPTO issued Registration No. 3,358,681 to the Karrens for their TERRA DE PROMISSIO Mark.

17.     On January 28, 2013, the Karrens filed a combined Declaration of Use and Incontestability under Sections 8 and 15 of the Lanham Act (15 U.S.C. §§ 1058, 1065) with the USPTO. On February 9, 2013, the USPTO issued a Notice of Acceptance under Section 8 and a Notice of Acknowledgment under Section 15. Consequently, the Karrens' TERRA DE PROMISSIO Mark is valid, subsisting, and incontestable as a matter of law.

18.     Wines bearing the TERRA DE PROMISSIO Mark on their label are sold online (through the websites of the wineries who bottle wines made from the Karrens' Pinot Noir grapes, as well as through the websites of retailers who carry such wines), at retail and in restaurants.

19.     Since approximately 2007, wines bearing the TERRA DE PROMISSIO Mark as a single-vineyard designation have consistently received awards and accolades from consumers, critics, and leading wine publications. The 2011 and 2012 Williams Selyem Terra de Promissio Vineyard Pinot Noirs received scores of 96 and 92 (out of 100), respectively, from *Wine Enthusiast* magazine; the 2009 and 2010 Lynmar Terra de Promissio Vineyard Pinot Noir received scores of 94 and 92, respectively, from *Wine Spectator*; the 2006 Lynmar Terra de Promissio Vineyard Pinot Noir received a score of 91 from *Stephen Tanzer's International Wine Cellar*; and

1    the 2005 Siduri Terra de Promissio Vineyard Pinot Noir received a score of 90 points from *Robert*

2    *Parker's Wine Advocate*.

3         20.    Moreover, Terra de Promissio vineyard was one of the grape sources for Kosta

4    Browne's 2009 Sonoma Coast Pinot Noir, which was named *Wine Spectator's* Wine of the Year

5    for 2011.  All told, there have been at least 16 ratings of 90 points or above from the three leading

6    wine critics (*Wine Spectator, Wine Enthusiast, and Wine Advocate*) for wines made in whole or in

7    part from Terra de Promissio Vineyard grapes.

8         21.    Since approximately 2005, the Karrens and their licensees have expended

9    substantial amounts of time and resources in developing the TERRA DE PROMISSIO Mark,

10   advertising and/or promoting goods under the TERRA DE PROMISSIO Mark, and maintaining its

11   preeminent reputation in the State of California and throughout the United States. As a result of

12   such activities, the TERRA DE PROMISSIO Mark has become well known, widely recognized,

13   and favorably received, the relevant public has come to associate and identify the TERRA DE

14   PROMISSIO Mark with the Karrens, and the Karrens derive substantial, valuable goodwill from

15   such identification by consumers.

16        22.    The Karrens also own the domain name www.terradepromissio.com, and have

17   operated a website at this address to promote their goods and services under the TERRA DE

18   PROMISSIO Mark since at least July 2, 2013.

19        23.    The Karrens also vigilantly protect the TERRA DE PROMISSIO Mark.

20   Consequently, the use of a confusingly similar trademark by third parties is likely to cause

21   confusion among the public and diminish the distinctiveness of the Karrens' TERRA DE

22   PROMISSIO Mark.

23        24.    Defendant is a winery. Defendant's wines are directed to wine-buying consumers, a

24   group most likely to know and respect the Karrens' TERRA DE PROMISSIO Mark.

25        25.    On July 2, 2008, Defendant filed an application, Serial No. 77-514,016, to register

26   the name LA TERRE PROMISE for "Wines" in International Class 033. Defendant's application

27   states that "The foreign wording in the mark translates into English as the earth's promise." A true

28   and correct copy of Defendant's application for Defendant's Mark, downloaded from the USPTO

1    server, is attached hereto as <u>Exhibit A</u>. Defendant's application also contains a "Declaration,"

2    which states in relevant part that, "The undersigned, being hereby warned that willful false

3    statements and the like so made are punishable by fine or imprisonment, or both …. and that such

4    willful false statements, and the like, may jeopardize the validity of the application or any resulting

5    registration, declares that he/she is properly authorized to execute this application on behalf of the

6    applicant … and that all statements made of his/her own knowledge are true …." <u>See</u> Exhibit A.

7    Defendant's application was signed by Katja Loeffelholz, the attorney of record appointed by

8    Defendant to submit the application on Defendant's behalf. <u>See</u> Exhibit A.

9         26.    Defendant's application was filed on the basis of Defendant's bona fide intent to

10   use Defendant's mark. <u>See</u> Exhibit A. Upon information and belief, Defendant amended its

11   application to claim a first use date of July 14, 2008.

12        27.    On November 5, 2008, the Defendant's Mark was published for opposition. On

13   April 28, 2009, the USPTO issued Registration No. 3,613,730 to Defendant for Defendant's Mark.

14        28.    Upon information and belief, Defendant also owns the domain name

15   www.domainecarneros.com, and operates a website at that address to market and promote its

16   goods, including wines bearing Defendant's Mark. Notably, Defendant's website is interactive and

17   has allowed and continues to allow California citizens (and others) to purchase wines bearing

18   Defendant's Mark.

19        29.    Defendant's Mark is confusingly similar to the long-standing TERRA DE

20   PROMISSIO Mark, given that the products offered (and the markets serviced) by Defendant under

21   Defendants' Mark are identical and/or highly related to the products that are offered (and the

22   markets serviced) by the Karrens' licensees under the TERRA DE PROMISSIO Mark.

23        30.    Defendant's Mark is substantially similar in commercial impression to Karrens'

24   senior TERRA DE PROMISSIO Mark. The most distinctive features of Defendant's mark are the

25   words "TERRE" and "PROMISE," while the most distinctive features of Karrens' mark are

26   "TERRA" and "PROMISSIO." "TERRE" and "TERRA" are both derived from the Latin word

27   TERRE which means "land" or "earth" or "ground." "PROMISE" and "PROMISSIO" are both

28   derived from the Latin word PROMISSUM, which refers fundamentally to a declaration about

1  some act to be done in the future. Accordingly, while there are subtle differences between the

2  marks caused by the variations in grammatical meaning of each phrase, the two marks are

3  fundamentally about identical concepts: a promise related to the earth. These conceptual affinities,

4  in addition to the obviously visual resemblances (both marks contain a word starting with TERR

5  and a word starting with PROMIS), provide prima facie evidence of similarity which can be and

6  has been confusing to consumers.

7         31.    The Karrens are the senior users in this case, with both priority of use and priority

8  of registration of their TERRA DE PROMISSIO Mark as compared with Defendant's Mark.

9         32.    The Karrens' TERRA DE PROMISSIO Mark and Defendant's Mark cover

10  identical goods, wines, in International Class 033.

11         33.    Upon information and belief, the Karrens' TERRA DE PROMISSIO Mark and

12  Defendant's Mark have been used solely in connection with Pinot Noir-based, still wines, made

13  from grapes grown in northern California. Consequently, the truly identical nature of the goods

14  covered by the parties' marks exacerbates the likelihood of consumer confusion as to the source of

15  the goods sold under Defendant's Mark and the Karrens' TERRA DE PROMISSIO Mark, to the

16  detriment of the senior-user Karrens.

17         34.    Defendant's infringing use of a confusingly similar trademark will financially harm

18  the Karrens by diminishing the value of the TERRA DE PROMISSIO Mark as a source indicator

19  for goods and services. Upon information and belief, Defendant's use of a mark that is confusingly

20  similar to the TERRA DE PROMISSIO Mark will increase the popularity and profitability of

21  Defendant's products. Moreover, the Karrens, and consumers, will be harmed by such confusion as

22  Defendant will unjustly benefit from the false association with the Karrens' TERRA DE

23  PROMISSIO Mark at no cost to Defendant. This will harm the Karrens by endangering and

24  undermining the ability of their TERRA DE PROMISSIO Mark to serve as a unique and

25  distinctive indicator of the quality and characteristics of the goods bearing such mark.

26         35.    In addition, there has been actual confusion of the parties and their respective marks

27  by members of the trade and consumers alike. For example, in an email dated March 18, 2014, the

28  publisher and owner of PinotFile, a leading online newsletter focused upon Pinot Noir wines,

wrote:

> "I see your vineyard name showing up on more and more vineyard designated Pinots these days.
>
> Couple of questions:
>
> The 2011 Domaine Carneros Terra de Promissio Pinot impressed me at the recent World of Pinot Noir – can you tell me more about this wine – nothing on the winery website."

36.     Likewise, consumers have approached the Karrens at various winery tastings and events featuring wines from licensees of the Karrens' TERRA DE PROMISSIO Mark, and informed the Karrens that they also enjoyed wines made from the Karrens' grapes at Defendant's winery – when Defendant is not a licensee of the Karrens and does not source grapes from the Karrens' vineyard.

37.     Furthermore, the Karrens respectfully submit that Defendant fraudulently obtained registration of the Defendant's Mark with the USPTO, by intentionally mistranslating the French phrase "la terre promise" as "the earth's promise." Upon information and belief, Defendant intentionally provided an erroneous English translation of Defendant's Mark to the USPTO to avoid conflict with a previously registered trademark and to obscure the similarity in meaning with the Karrens' previously registered TERRA DE PROMISSIO Mark.

38.     The Karrens respectfully submit that the correct translation of Defendant's mark is "the promised land," as evidenced by the translation entry set forth in Collins Robert, French-English Dictionary (3d ed. 1993), p. 811 of the French-English section, and p. 621 of the English-French section. A true and correct copy of the above-referenced dictionary excerpts is attached hereto as Exhibit B.

39.     Upon information and belief, the translation of "la terre promise" as "the promised land" is consistent with the standard structure of the French language in which adjectives most often follow the nouns that they modify. For example, the French title of the classic French film "The Red Balloon" is "Le Ballon Rouge" in which the French word for red ("rouge") follows the noun balloon ("balloon"). Similarly, in the French phrase "la terre promise," the French word "la terre" means the land (or earth or ground) and the French word "promise" means "promised," the

past participle of the verb "to promise." Technically, the French word "promise" in Defendant's Mark is the past participle of the French verb "promettre" and not a noun at all. Literally, the French phrase means "the land promised," which, when converted to standard English word order in which adjectives come first, would read "the promised land."

40.    Upon information and belief, Defendant, being owned by a French company, Champagne Taittinger, and whose own officers are bilingual, had all the necessary language background and resources to translate the French phrase "la terre promise" correctly for its trademark application.

41.    However, at the time Defendant applied for its mark, there was a prior registered mark for the words PROMISED LAND for "wines, spirits, liqueurs" in International Class 033 (U.S. Reg. No. 2,973,480), which was and is owned by Taylors Wines Pty Limited (the "PROMISED LAND mark"). A copy of the Status Page for the PROMISED LAND mark, downloaded from the USPTO TSDR server, is attached hereto as Exhibit C. The Status Page reflects that the PROMISED LAND mark was in good standing at the time that Defendant applied for Defendant's Mark, and that Section 8 and 15 filings for the PROMISED LAND mark were timely made.

42.    Upon information and belief, the translation offered by Defendant – "the earth's promise" – is not consistent with the meaning of the French phrase "la terre promise." First, Defendant's translation of the French "promise" by the English "promise" is a classic example of the "false friend" which occurs between English and French (and other Romance languages derived from Latin). The French word for the English noun "promise" is "promesse." See Exhibit B, Collins Robert, French-English Dictionary (3d ed. 1993), p. 621 of the English-French section, and p. 651 of the French-English section, a true and correct copy of which is attached hereto as Exhibit D. In the French phrase, the noun "the earth" (la terre) is a noun modified by the adjective "promised" (promise). Literally, the French phrase reads as "the earth promised" or "the land promised." The translation offered by Defendant reverses this grammatical order. In Defendant's translation, the word "promise" (promise) is a noun modified by the possessive adjective "earth's" (terre). In the French phrase, the word "terre" is not possessive and is not an adjective. The French

language does not use the "s" to create a possessive expression. Instead, the French language relies upon the use of the indefinite article "de" (of, in various senses of the term) to express possession. The English phrase "Robert's bicycle", for example, becomes "la bicyclette de Robert" (the bicycle of Robert). Upon information and belief, the correct way to translate "the earth's promise" in French is "la promesse de la terre." Defendant's translation of Defendant's Mark, while containing the root words of "earth" and "promise" that occur in Defendant's Mark, distorts the meaning of the French phrase "la terre promise" in a way which violates the rules of French grammar and bears no resemblance to its actual meaning.

43.     Upon information and belief, Defendant knowingly submitted an incorrect translation of the French phase "la terre promise" in its trademark application in order to avoid rejection of its proposed trademark if it had submitted the correct translation of its mark. The correct translation would have alerted the USPTO trademark examiner that Defendant's mark was merely a translation of Taylors Wines Pty Limited's PROMISED LAND mark into French. Upon information and belief, had the examiner become aware of this translation, the examiner would have rejected Defendant's application on the grounds of foreign equivalents. See Section 4 of Article 1207.01(b)(vi) of the USPTO Trademark Manual of Examination Procedure. Under the doctrine of foreign equivalents, a foreign word (from a language familiar to an appreciable segment of American consumers) and the English equivalent may be held to be confusingly similar, thus precluding registration under 15 U.S.C. § 1052(d).

44.     Upon information and belief, having fraudulently obtained its registration through the subterfuge of the incorrect translation of Defendant's Mark, Defendant's actions since that time show that it is quite aware of the correct translation of the French phrase. Defendant's own website now translates Defendant's Mark as "the Promised Land." Defendant's website contains a web page that features an image of a bottle of wine bearing Defendant's Mark, and text which states in relevant part,

> 2011 LA TERRE PROMISE PINOT NOIR
> We call it the Promised Land ("La Terre Promise") and it just might be the most picturesque ranch in Carneros.

A true and correct print out of the above-referenced web page is attached hereto as Exhibit E.

45.     On or around February 5, 2014, the Karrens, through their attorneys, filed a Petition for Cancellation (the "Petition") with the USPTO seeking cancellation of the Defendant's Mark. The Petition summarized the Karrens' prior use and rights in the registered and incontestable TERRA DE PROMISSIO Mark.

46.     In response, Defendant has filed an Answer and Counterclaim with the USPTO, seeking cancellation of the TERRA DE PROMISSIO Mark or, in the alternative, allowing Defendant's Mark to retain its registration but have it limited to wines sold from Defendant's winery directly to consumers. However, such limitation would fail to reasonably eliminate the likelihood of confusion, as evidenced by the actual confusion amongst consumers who have tasted Defendant's wine labeled with Defendant's Mark at Domaine Carneros as previously addressed herein. Furthermore, the Karrens now have a bonded winery, and intend to produce, market, and sell their own proprietary wines directly to consumers under their TERRA DE PROMISSIO Mark. Accordingly, Defendant's proposed limitation on trade channels is not adequate to protect against the erosion of goodwill in the Karrens' TERRA DE PROMISSIO Mark.

47.     To date, Defendant has refused to cease its use of the Defendant's Mark, and has indicated that it will continue to intentionally use that mark on wines, including, but not limited to, still Pinot Noir red wines.

48.     Defendant's actions have been deliberate, willful, malicious and intentional, and conducted with the intent of trading on the goodwill in the Karrens' TERRA DE PROMISSIO Mark.

49.     This case is an exceptional case, entitling the Karrens to treble damages and attorneys' fees as allowed for under the law.

**FIRST CLAIM FOR RELIEF**
**Cancellation of Trademark Registration: 15 U.S.C. §§ 1064(3) and 1119**

50.     Plaintiffs repeat and re-allege each of the factual allegations contained in paragraphs 1 through 49 as if fully set forth herein.

51.     Defendant fraudulently obtained Defendant's Mark in violation of 15 U.S.C. § 1064(3) by knowingly making false, material representations of fact in connection with its

application by, among other things, submitting an incorrect translation of its proposed mark in its application, and submitting a declaration stating that all statements made therein were true, when Defendant knew such representations were false, to induce the authorized agents of the USPTO to grant registration of Defendant's Mark, and pursuant to 15 U.S.C. § 1119 this court should direct the Commissioner of Trademarks to cancel the registration of Defendant's Mark, and award Plaintiffs damages sustained in consequence thereof pursuant to 15 U.S.C. § 1120.

52.     In addition, the Defendant's Mark has been and is likely to be confused with Plaintiffs' TERRA DE PROMISSIO Mark in violation of 15 U.S.C. § 1052(d).

53.     Continued registration of Defendant's Mark will cause Plaintiffs harm as it calls into question Plaintiffs' exclusive rights in their TERRA DE PROMISSIO Mark.

54.     Defendant's Mark is directly at issue in this infringement action, and pursuant to 15 U.S.C. § 1119 this court should direct the Commissioner of Trademarks to cancel the registration of Defendant's Mark based upon the confusing similarity to Plaintiffs' earlier registered TERRA DE PROMISSIO Mark.

## SECOND CLAIM FOR RELIEF
### Federal Trademark Infringement: 15 U.S.C. § 1114

55.     Plaintiffs repeat and re-allege each of the factual allegations contained in paragraphs 1 through 54 as if fully set forth herein.

56.     Defendant's above-stated actions and use of Defendant's Mark constitute use in commerce of a reproduction, copy or colorable imitation, and thus infringement, of Plaintiffs' registered mark in connection with the sale, offering for sale, distribution or advertising of goods on or in connection with which such use is likely to cause consumer confusion, deception or mistake as to source, sponsorship or approval of the Defendants' aforesaid goods in violation of 15 U.S.C. §1114.

57.     Defendant's ongoing acts of infringement are willful and deliberate, and result in substantial damage to Plaintiffs in an amount to be determined at trial.

//

//

1

### THIRD CLAIM FOR RELIEF
### Federal Unfair Competition: 15 U.S.C. § 1125(a)

2

58.     Plaintiffs repeat and re-allege each of the factual allegations contained in

3

paragraphs 1 through 57 as if fully set forth herein.

4

59.     Defendant's use of Defendant's Mark to market and promote wines constitutes

5

unfair competition in violation of 15 U.S.C. § 1125(a).

6

60.     Defendant's use of Defendant's Mark constitutes a false designation of origin in

7

violation of 15 U.S.C. § 1125(a).

8

61.     Defendant's ongoing acts of unfair competition and false designation of origin are

9

willful and deliberate, and result in substantial damage to Plaintiffs in an amount to be determined

10

at trial.

11

### FOURTH CLAIM FOR RELIEF
### California Unfair Competition: Business and Professions Code § 17200

12

62.     Plaintiffs repeat and re-allege each of the factual allegations contained in

13

paragraphs 1 through 61 as if fully set forth herein.

14

63.     Defendant's above-stated actions constitute unfair competition and unlawful, unfair

15

or fraudulent business acts or practices in violation of Cal. Bus. & Prof. Code. § 17200.

16

64.     Pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiffs are entitled to preliminary

17

and permanent injunctive relief ordering Defendant to cease its unfair competition, and

18

disgorgement of all of Defendant's profits associated with its unfair competition.

19

### FIFTH CLAIM FOR RELIEF
### California Common Law Unfair Competition

20

21

65.     Plaintiffs repeat and re-allege each of the factual allegations contained in

22

paragraphs 1 through 64 as if fully set forth herein.

23

66.     Defendant's actions constitute unfair competition under the common law of the

24

State of California.

25

67.     Defendant's ongoing acts of unfair competition are willful and deliberate, and result

26

in substantial damage to Plaintiffs in an amount to be determined at trial.

27

//

28

//

**SIXTH CLAIM FOR RELIEF**
**California Common Law Trademark**

68.     Plaintiffs repeat and re-allege each of the factual allegations contained in paragraphs 1 through 67 as if fully set forth herein.

69.     Defendant's actions constitute trademark and service mark infringement in violation of the common law of the State of California.

70.     Defendant's ongoing acts of infringement are willful and deliberate, and result in substantial damage to Plaintiffs in an amount to be determined at trial.

**SEVENTH CLAIM FOR RELIEF**
**Common Law Fraud**

71.     Plaintiffs repeat and re-allege each of the factual allegations contained in paragraphs 1 through 70 as if fully set forth herein.

72.     Defendant made representations in the application for Defendant's Mark as set forth herein concerning the English translation of Defendant's Mark and the truth of all statements made therein.

73.     The representations therein alleged were false and were made by Defendant with the intent to induce the USPTO, including, but not limited to, the USPTO examining attorney assigned to review Defendant's application for Defendant's Mark, to grant registration of Defendant's Mark.

74.     Upon information and belief, at the time the representations were made, the USPTO, including, but not limited to, the USPTO examining attorney assigned to review Defendant's application, was ignorant of the falsity of Defendant's representations, and was thereby fraudulently induced to approve Defendant's Mark for registration.

75.     Upon information and belief, the USPTO, including, but not limited to, the USPTO examining attorney assigned to review Defendant's application, was justified in relying on the representations made by Defendant to its detriment as well as the detriment of Plaintiffs.  As a proximate result of the fraudulent conduct of Defendant, Defendant's Mark has been registered, Plaintiffs have now been damaged thereby and must incur the costs of investigation and prosecution of the instant action, and are further damaged by the continued registration of

1  Defendant's Mark, which calls into question Plaintiffs' exclusive rights in their TERRA DE

2  PROMISSIO Mark.

3       76.    The aforementioned conduct of Defendant involved intentional misrepresentation,

4  deceit, or concealment of material facts known to it with the intention of thereby causing the

5  USPTO to register Defendant's Mark to Plaintiffs' detriment.  As such, Defendant's acts were

6  willful and deliberate and result in substantial damage to Plaintiffs in an amount to be determined

7  at trial, and awarded to Plaintiffs in consequence thereof pursuant to 15 U.S.C. § 1120 and other

8  applicable law.

9       77.    Furthermore, such conduct was despicable, involved malice and was in conscious

10  disregard of Plaintiffs' rights, and Plaintiffs are therefore entitled to exemplary damages.

11  **PRAYER FOR RELIEF**

12       WHEREFORE, Plaintiffs request that judgment be entered as follows:

13       1.    For an order cancelling Defendant's Mark;

14       2.    For an order requiring Defendant to show cause why it should not be enjoined as set

15  forth herein, during the pendency of this action, upon application for such by Plaintiffs;

16       3.    For a preliminary and permanent injunction enjoining Defendant, and its agents,

17  servants, and employees, and all persons acting under, in concert with, or for Defendant from the

18  use of Defendant's Mark as part of a brand name or trademark in connection with the manufacture,

19  distribution, offering for sale, sale, marketing, advertising and/or promotion of wine or related

20  retail items and to enjoin those persons from the use of any other trademark calculated or likely to

21  cause confusion or mistake in the mind of the trade or public or to deceive the trade or public into

22  believing that Defendant's business is in any way associated or affiliated with or related to

23  Plaintiffs;

24       4.    For an order requiring Defendant to deliver up and destroy all advertising,

25  promotional and other materials bearing the infringing designations together with all artwork and

26  other means and materials for making and reproducing the same;

27       5.    For an order directing Defendant to file with this Court, and serve on Plaintiffs

28  within 15 days after service of an injunction, a report in writing, under oath, setting forth in detail

1    the manner and form in which Defendant has complied with any injunction or restraining order;

2        6.       As to those claims for which this element of relief is applicable, for all of

3    Defendant's profits derived from its infringement of Plaintiffs' TERRA DE PROMISSIO Mark in

4    an amount to be determined at trial;

5        7.       As to those claims for which this element of relief is applicable, for compensatory

6    damages in an amount to be determined at trial, plus interest at the legal rate;

7        8.       As to those claims for which this element of relief is applicable, for treble damages

8    on the basis that this is an exceptional case;

9        9.       As to those claims for which this element of relief is applicable, for punitive and/or

10   exemplary damages in an amount to be determined at trial;

11       10.      As to those claims for which this element of relief is applicable, for Plaintiffs'

12   reasonable attorneys' fees and court costs expended in this action;

13       11.      For costs of the suit incurred herein;

14       12.      For such other and further relief as the Court may deem just and proper; and

15       13.      For trial by jury of this action and its claims for relief.

16   Dated:  November 5, 2014                          Respectfully submitted,

17                                                     CARLE, MACKIE, POWER & ROSS LLP

18

19

20                                          By: /s/ Richard C. O'Hare
                                                John B. Dawson
21                                              Jay M. Behmke
                                                Richard C. O'Hare
22                                              100 B Street, Suite 400
                                                Santa Rosa, CA 95401
23                                              Telephone: (707) 526-4200
                                                Facsimile: (707) 526-4707
24
                                                Attorneys for Plaintiffs
25                                              Diana Karren and Charles Karren

26

27

28

1

### DEMAND FOR JURY TRIAL

2          As set forth in its Complaint and prayer for relief, Plaintiffs hereby request a trial by jury in

3    this matter.

4    Dated: November 5, 2014                        Respectfully submitted,

5                                                   CARLE, MACKIE, POWER & ROSS LLP

6

7
                                                   By: /s/ Richard C. O'Hare
8                                                       John B. Dawson
                                                        Jay M. Behmke
9                                                       Richard C. O'Hare
                                                        100 B Street, Suite 400
10                                                      Santa Rosa, CA 95401
                                                        Telephone: (707) 526-4200
11                                                      Facsimile: (707) 526-4707

12
                                                        Attorneys for Plaintiffs
13                                                      Diana Karren and Charles Karren

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 77514016
### Filing Date: 07/02/2008

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | LA TERRE PROMISE |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | LA TERRE PROMISE |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Domaine Carneros, Ltd. |
| *STREET | 1240 Duhig Road |
| *CITY | Napa |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94558 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |

| | |
|---|---|
| * STATE/COUNTRY OF INCORPORATION | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 033 |
| *IDENTIFICATION | Wines |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | The foreign wording in the mark translates into English as the earth's promise. |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Katja Loeffelholz |
| FIRM NAME | Gaw VanMale Smith Myers & Miroglio PLC |
| STREET | 1000 Main Street, Third Floor |
| CITY | Napa |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94559 |
| PHONE | 707-252-9000 |
| FAX | 707-252-0792 |
| EMAIL ADDRESS | kl@gawvanmale.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Katja Loeffelholz |
| FIRM NAME | Gaw VanMale Smith Myers & Miroglio PLC |
| *STREET | 1000 Main Street, Third Floor |
| *CITY | Napa |

| | |
|---|---|
| **\*STATE**<br>(Required for U.S. applicants) | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 94559 |
| **PHONE** | 707-252-9000 |
| **FAX** | 707-252-0792 |
| **\*EMAIL ADDRESS** | kl@gawvanmale.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| **\*TOTAL FEE PAID** | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **\* SIGNATURE** | /Katja Loeffelholz/ |
| **\* SIGNATORY'S NAME** | Katja Loeffelholz |
| **\* SIGNATORY'S POSITION** | Attorney of record |
| **\* DATE SIGNED** | 07/02/2008 |

PTO Form 1478 (Rev 6/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77514016**
**Filing Date: 07/02/2008**

# To the Commissioner for Trademarks:

**MARK:** LA TERRE PROMISE (Standard Characters, see mark)
The literal element of the mark consists of LA TERRE PROMISE.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Domaine Carneros, Ltd., a corporation of Delaware, having an address of
  1240 Duhig Road
  Napa, California 94558
  United States
requests registration of the trademark/service mark identified above in the United States Patent and
Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051
et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
  International Class 033:  Wines
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company
or licensee the mark in commerce on or in connection with the identified goods and/or services. (15
U.S.C. Section 1051(b)).

The foreign wording in the mark translates into English as the earth's promise.

The applicant hereby appoints Katja Loeffelholz of Gaw VanMale Smith Myers & Miroglio PLC
  1000 Main Street, Third Floor
  Napa, California 94559
  United States
to submit this application on behalf of the applicant.

 Correspondence Information: Katja Loeffelholz
                1000 Main Street, Third Floor
                Napa, California 94559
                707-252-9000(phone)
                707-252-0792(fax)
                kl@gawvanmale.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1

class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Katja Loeffelholz/   Date Signed: 07/02/2008
Signatory's Name: Katja Loeffelholz
Signatory's Position: Attorney of record


RAM Sale Number: 4060
RAM Accounting Date: 07/03/2008

Serial Number: 77514016
Internet Transmission Date: Wed Jul 02 19:24:41 EDT 2008
TEAS Stamp: USPTO/FTK-12.35.78.74-200807021924414410
60-77514016-400a1ba62decbc3169477236a497
b1fd03c-CC-4060-20080702190243405563

# LA TERRE PROMISE

# EXHIBIT B

# COLLINS ROBERT

# FRENCH ▶ ENGLISH
# ENGLISH ▶ FRENCH
# DICTIONARY

## Unabridged

by

**Beryl T. Atkins**
**Alain Duval   Rosemary C. Milne**

and

**Pierre-Henri Cousin**
**Hélène M. A. Lewis   Lorna A. Sinclair**
**Renée O. Birks   Marie-Noëlle Lamy**

## THIRD EDITION



HarperCollins*Publishers*

Case3:14-cv-04929-LB  Document1  Filed11/05/14  Page27 of 40

© Copyright 1978, 1987 William Collins Sons & Co. Ltd. and
Dictionnaires Le Robert

© Copyright 1993 HarperCollins Publishers and Dictionnaires Le Robert

third edition / troisième édition 1993
reprinted / réimpression 1993

second edition reprinted / deuxième édition: réimpressions
1987 (twice)      1989           1991
1988 (twice)      1990 (twice)

Dictionnaires Le Robert
12, avenue d'Italie - 75013 Paris
ISBN 2-85036227-1

HarperCollins Publishers

P.O. Box, Glasgow G4 0NB, Great Britain
ISBN 0-00-433551-1
with thumb index 0-00-433552-X

1995 Markham Road, Scarborough, Canada, AM1B 5M8
ISBN 0-00-470277-8
with thumb index 0-06-275509-9

10 East 53rd Street, New York
New York 10022
ISBN 0-06-275509-9

**THE COLLINS ROBERT FRENCH DICTIONARY.** Copyright © 1978, 1987 by
William Collins Sons & Co. Ltd. and Dictionnaires Le Robert. Copyright © 1993 by
HarperCollins Publishers and Dictionnaires Le Robert.
All rights reserved. Printed in France. No part of this book may be used or
reproduced in any manner whatsoever without written permission except in the
case of brief quotations embodied in critical articles and reviews. For information
address HarperCollins Publishers, P.O. Box, Glasgow G4 0NB, Great Britain.

First HarperCollins edition published 1993

The Library of Congress has catalogued the previous edition of this book as follows:

Collins-Robert French-English, English-French dictionary / by
Beryl T. Atkins ... [et al.]. – 2nd ed.
p.    cm.
Title on added t.p.: Robert-Collins dictionnaire français-anglais,
anglais-français.
Reprint. Originally published: London: Collins; Paris :
Dictionnaires Le Robert, 1987.
ISBN 0-06-275503-X
1. French language–Dictionaries–English. 2. English language–
Dictionaries–French I. Atkins, Beryl T.  II. Title: Robert-Collins
dictionnaire français-anglais, anglais-français.
PC2640.C69 1987
443'.21–dc20                                                          90-4097

93  94  95  96  97  MI  10  9  8  7  6   5  4  3  2

All rights reserved/Tous droits réservés
Dépôt légal octobre 1993

Typeset by Morton Word Processing Ltd, Scarborough
Printed in France by Maury-Imprimeur S. A. – Malesherbes

*[opération]* to reach its *ou* a conclusion; *[paiement]* to fall due; **mettre un ~ à qch** to put an end *ou* a stop to sth; **mener qch à (son) ~** to bring sth to completion, carry sth through (to completion); **arrivé au ~ de sa vie** having reached the end *ou* the term *[littér]* of his life; *[prévisions/ projets* à court/long *~* short-term *ou* short-range/long-term *ou* long-range forecasts/plans; **à ~ c'est ce qui arrivera** this is what will happen eventually *ou* sooner or later *ou* in the long run *ou* in the end.

• **c** (*Méd*) **à ~ accouchement** full-term; **naître à** term; **avant ~ naître, accoucher** prematurely; **bébé né/naissance avant ~** premature baby/ birth; **un bébé né 2 mois avant ~** a baby born 2 months premature, a 2-months premature baby.

• **d** *[loyer]* *(date)* term, date for payment; *(période)* quarter, rental term *ou* period; *(somme)* (quarterly) rent (*NonC*). **payer à ~ échu** to pay at the end of the rental term, pay a quarter *ou* term in arrears; **le (jour du) ~** the term *ou* date for payment; **il a un ~ de retard** he's one quarter *ou* one payment behind (with his rent); **devoir/payer son ~** to owe/pay one's rent.

• **e** (*Bourse, Fin*) **à ~** forward; **transaction à ~** (*Bourse de marchandises*) forward transaction; (*Bourse des valeurs*) settlement bargain; **marché à ~** ⇒ settlement market, forward market; **crédit/ emprunt à court/long ~** short-term *ou* short-dated/long-term *ou* long-dated credit/loan, short/long credit/loan.

• **f**: *(relations)* **~s** terms; **être en bons/mauvais ~s avec qn** to be on good *ou* friendly/bad terms with sb; **ils sont dans les meilleurs ~s** they are on the best of terms.

**terminaison** [tɛʀminɛzɔ̃] nf (*Ling*) ending, (*Anat*) **~s nerveuses** nerve endings.

**terminal, e,** mpl **-aux** [tɛʀminal, o] **1** adj **élément, bourgeon, phase de maladie** terminal. (*Scol*) **classe ~e** final year, **~** upper sixth (form) (*Brit*), senior year. (*US*); **malade au stade ~** terminally ill patient. **2** nm **a** (*aérogare*) (air) terminal. **b** *[pétrole, marchandises]* terminal. **~ pétrolier** oil terminal; **~ maritime** shipping terminal. **c** (*ordinateur*) terminal. **~ intelligent/passif** smart *ou* intelligent/dumb terminal; **~ de paiement électronique** electronic payment terminal; **~ point de vente point-of-sale** *ou* POS terminal. **3** **terminale** nf (*Scol*) ⇒ **1**.

**terminer** [tɛʀmine] **1** vt **a** *(clore)* **débat, séance** to bring to an end *ou* to a close, terminate.

• **b** *(achever)* **travail** to finish (off), complete; **repas** to finish, end; **vacances, temps d'exil** to end, finish; **récit, débat** to finish, close, end. **il termina en nous réprimandant** he finished (up *ou* off) *ou* he ended by giving us a reprimand; **j'ai terminé ainsi ma journée and so I ended my day; nous avons terminé la journée/soirée chez un ami/par une promenade** we finished off *ou* ended the day/evening at a friend's house/with a walk; **~ ses jours à la campagne/à l'hôpital** to end one's days in the country/in hospital; **~ un repas par un café** to finish off *ou* round off *ou* end a meal with a coffee; **~, un livre par quelques conseils pratiques** to end a book with a few pieces of practical advice; **en avoir terminé avec un travail** to be finished with a job; **j'en ai terminé avec eux I am** *ou* **have finished with them, I have done with them; pour ~ je dirais que ...** in conclusion *ou* to conclude I would say that ..., and finally I would say that ...; **j'attends qu'il termine I'm waiting for him to finish, I'm waiting till he's finished.**

• **c** *(former le dernier élément)* **le café** terminal, **le repas the meal** finished *ou* ended with coffee, coffee finished off *ou* concluded *ou* ended the meal; **un bourgeon termine la tige** the stalk ends in a bud.

**2** **se terminer** vpr **a** *(prendre fin)* *[rue, domaine]* to end, terminate *(firm)*; *[affaire, repas, vacances]* to come to an end, terminate; **se terminent demain** the holidays finish *ou* (come to an) end tomorrow; **le parc se termine ici** the park ends here; **ça s'est bien/mal terminé it ended well/badly, it turned out well** *ou* **all right/badly (in the end); alors ces travaux, ça se termine? well, is the work just about complete** *ou* **done?; (impatience) when's the work going to be finished?**

• **b** *(s'achever sur)* **se ~ par** to end with; **la thèse se termine par une bibliographie the thesis ends with a bibliography; la soirée se termina par un jeu** the evening ended with a game; **ces verbes se terminent par le suffixe "ir"** these verbs end in the suffix "ir".

• **c** *(finir en)* **se ~ en** to end in; **les mots qui se terminent en "ation" words which end in "ation"; cette comédie se termine en tragédie this comedy ends in tragedy; se ~ en pointe** to end in a point.

**terminologie** [tɛʀminolɔʒi] nf terminology.
**terminologique** [tɛʀminolɔʒik] adj terminological.
**terminologue** [tɛʀminolog] nmf terminologist.
**terminus** [tɛʀminys] nm *[autobus, train]* terminus. **~! tout le monde descend!** (last stop!) all change!

**termite** [tɛʀmit] nm termite, white ant.
**termitière** [tɛʀmitjɛʀ] nf ant-hill, termitary (*spéc*).
**ternaire** [tɛʀnɛʀ] adj compound.
**terne** [tɛʀn] adj **teint** colourless, lifeless; **regard** lifeless, lacklustre; **personne** dull, colourless, drab; **style, conversation** dull, drab, lacklustre; **couleur, journée, vie** dull, drab.
**terni, e** [tɛʀni] *(ptp de ternir)* adj **argenterie, métal, réputation** tarnished; **glace** dulled.
**ternir** [tɛʀniʀ] **2** vt **a** *(lit)* **métal** to tarnish; **glace, meuble** to dull; **teint** to drain of colour. **b** *(fig)* **mémoire, honneur, réputation** to stain,

tarnish, sully, besmirch. **2** **se ternir** vpr *[métal]* to tarnish, become tarnished; *[glace]* to (become) dull; *[réputation]* to become tarnished *ou* stained.

**ternissement** [tɛʀnismã] nm *[métal]* tarnishing; *[glace]* dulling.
**ternissure** [tɛʀnisyʀ] nf *(voir terni)* *(aspect)* tarnish, tarnished condition; **dullness;** *(tache)* tarnished spot; dull spot.

**terrain** [tɛʀɛ̃] **1** nm **a** *(relief)* ground, terrain *(sréc, littér)*; *(sol)* soil, ground... **~ caillouteux/vallonné** stony/hilly ground; **~ meuble/lourd loose/heavy soil** *ou* ground; **c'est un bon ~ pour la culture it's (a) good soil for cultivation; voir accident, glissement, tout.**

• **b** *(Ftbl, Rugby)* pitch, field; *(avec les installations)* ground; *(Courses, Golf)* course. **~ de basket-ball** basketball court; **sur le ~ on the field; disputer un match sur ~ adverse/sur son propre ~** to play an away/a home match.

• **c** *(Comm: étendue de terre)* land *(NonC)*; *(parcelle)* plot (of land), piece of land; *(à bâtir)* site. **~ à lotir land for dividing into plots; chercher un ~ convenable** pour un bâtiment to look for a suitable site for a building; **"~ à bâtir"** "site *ou* building land for sale"; **une maison avec 2 hectares de ~** a house with 2 hectares of land; **le prix du ~ à Paris the price of land in Paris.**

• **d** *(Géog, Géol: souvent pl)* formation. **les ~s primaires/glaciaires primary/glacial formations.**

• **e** *(Mil)* *[lieu d'opérations]* terrain; *(gagné ou perdu)* ground. **en ~ ennemi on enemy ground** *ou* territory; **disputer le ~** *(Mil)* to fight for every inch of ground; *(fig)* to fight every inch of the way; *(lit, fig)* **céder/gagner/perdre du ~** to give/gain/lose ground; **céder du ~ à l'ennemi** to lose *ou* yield ground to the enemy, fall back before the enemy; *[négociateurs]* **ils finiront par céder du ~** in the end they'll make concessions; **l'épidémie cède du ~** devant les efforts des médecins **the epidemic is receding before the doctors' efforts; la livre a cédé/gagné du ~ the pound has lost/gained ground** *(par rapport à against)*; **reconnaître le ~** *(lit)* to reconnoitre the terrain; *(fig)* to see how the land lies, get the lie *(Brit)* *ou* lay *(US)* of the land; *(fig)* **sonder** *ou* **tâter le ~** to test the ground, put out feelers; **avoir l'avantage du ~** *(lit)* to have territorial advantage; *(fig)* to have the advantage of being on (one's) home ground; **préparer/déblayer le ~** to prepare/clear the ground; **aller/être sur le ~** to go out into/be out in the real world *ou* in the field.

• **f**: *(fig: domaine, sujet)* ground. **être sur son ~** to be on home ground *ou* territory; **trouver un ~ d'entente** to find common ground *ou* an area of agreement; **chercher un ~ favorable à la discussion** to seek an area conducive to (useful) discussion; **je ne le suivrai pas sur ce ~** I can't go with him there *ou* on that, I'm not with him on that; **être en** *ou* **sur un ~ mouvant** to be on uncertain ground; **être sur un ~ glissant** to be on slippery *ou* dangerous ground; **le journaliste s'aventura sur un ~ brûlant** the journalist ventured onto dangerous ground *ou* risked tackling a highly sensitive *ou* ticklish issue; **l'épidémie a trouvé un ~ très favorable chez les réfugiés** the epidemic found an ideal breeding ground amongst the refugees; *(Méd)* **~ allergique** allergic conditions likely to produce allergies.

**2** comp **~ d'atterrissage** landing ground ▸ **terrain d'aviation** airfield ▸ **terrain de camping** campsite, camping ground ▸ **terrain de chasse** hunting ground ▸ **terrain d'exercice** training ground ▸ **terrain de jeu** playing field ▸ **terrain militaire** army ground ▸ **terrain de sport** sports ground ▸ **terrain de tir** shooting *ou* firing range ▸ **terrain vague** waste ground *(NonC)*, wasteland *(NonC)*.

**terrasse** [tɛʀas] nf **a** *[parc, jardin]* terrace. **cultures en ~s** terrace cultivation; *(Géog)* **~ fluviale** river terrace. **b** *[appartement]* terrace; *(sur le toit)* terrace roof. **toiture en ~, toit-~** flat roof. **c** *[café]* terrace, pavement (area). **J'ai aperçu Charles attablé à la ~ du Café Royal** I saw Charles sitting at the terrace of the Café Royal *ou* outside the Café Royal; **à la** *ou* **en ~: outside; il refusa de me servir à la** *ou* **en ~** he refused to serve me outside. **d** *(Constr: métier)* excavation work. **faire de la ~** to do excavation work.

**terrassement** [tɛʀasmã] nm **a** *(action)* excavation. **travaux de ~ excavation** works; **engins de ~ earth-moving** *ou* excavating equipment. **b** *(terres creusées)* **~s excavations, earthworks;** *(voie ferrée)* embankments.

**terrasser** [tɛʀase] **1** vt **a** **personne** *(adversaire)* to floor, bring down; *[attaque]* to bring down; *(fig) [fatigue]* to overcome; *[émotion, nouvelle]* to overwhelm; *[maladie]* to strike down. **cette maladie l'a terrassé** this illness laid him low; **terrassé par une crise cardiaque** struck down *ou* felled by a heart attack. **b** *(Tech)* to excavate, dig out; *(Agr)* to dig over.

**terrassier** [tɛʀasje] nm **unskilled** road worker, navvy *(Brit)*.

**terre** [tɛʀ] **1** nf **a** *(planète)* earth; *(monde)* world. **la planète T~** the planet Earth; **Dieu créa le Ciel et la T~ God created the Heavens and the Earth, God created Heaven and Earth; il a parcouru la ~ entière** he has travelled the world over, he has travelled all over the globe; **prendre à témoin la ~ entière** to take the world as one's witness; **tant qu'il y aura des hommes sur la ~ as long as there are men on (the) earth; être seul sur (la) ~** to be alone in (all) the world; **il ne faut pas s'attendre au bonheur sur (cette) ~** happiness is not to be expected in this world *ou* on this earth; *(fig)* **redescendre** *ou* **revenir sur ~** to come down *ou* back

to earth; *voir* remuer, sel, ventre.

**b** (*sol: surface*) ground, land; (*matière*) earth, soil; (*pour la poterie*) clay. pipe/vase en ~ clay pipe/vase; ne t'allonge pas par ~, la ~ est humide don't lie on the ground — it's damp, don't lie down — the ground is damp; une ~ fertile/aride a fertile/an arid *ou* a barren soil; retourner/labourer la ~ to turn over/work the soil; travailler la ~ to work the soil *ou* land; planter des arbres en pleine ~ to plant trees in the (open) ground; poser qch à *ou* par ~ to put sth (down) on the ground; jeter qch à *ou* par ~ to throw sth (down) on the ground, throw sth to the ground; cela fiche *ou* flanque tous nos projets par ~* that throws all our plans out of the window, that really messes up all our plans*, that puts paid to all our plans; mettre qn en ~ to bury sb; mettre qch en ~ to put sth into the soil; 5 mètres sous ~ 5 metres underground; (*fig*) d'être à six pieds sous ~ to be six feet under, be pushing up the daisies*; (*fig: de honte*) j'aurais voulu rentrer sous ~ I wished the earth would swallow me up, I could have died*; *voir* chemin, motte, ~ toucher, ver.

**c** (*étendue, campagne*) ~(s) land (*NonC*); une bande *ou* langue de ~ a strip *ou* tongue of land; retourner à la/aimer la ~ to return to/love the land; des ~s à blé corn-growing land; il a acheté un bout *ou* un lopin de ~ he's bought a piece *ou* patch *ou* plot of land; ~s cultivées cultivated land; ~s en friche *ou* en jachère/incultes fallow/uncultivated land.

**d** (*par opposition à mer*) land (*NonC*). sur la ~ ferme on dry land, on terra firma; apercevoir la ~ to sight land; (*Naut*) ~ à land ho!; (*Naut*) aller à ~ to go ashore; dans les ~s inland; aller/voyager par (voie de) ~ to go/travel by land *ou* overland; *voir* amerrir, ciel.

**e** (*propriété, domaine*) land (*gén NonC*). la ~ land; une ~ an estate; il a acheté une ~ en Normandie he's bought an estate *ou* some land in Normandy; vivre sur/de ses ~s to live on/off one's lands *ou* estates; se retirer sur ses ~s to go and live on one's country estate; la ~ est un excellent investissement land is an excellent investment.

**f** (*pays, région*) land, country. sa ~ natale his native land *ou* country; la France, ~ d'accueil France, (the) land of welcome; ~s lointaines/australes distant/southern lands; la T~ promise the Promised Land.

**g** (*Élec*) earth (*Brit*), ground (*US*). mettre *ou* relier à la ~ to earth (*Brit*), ground (*US*); *voir* pris.

**2 comp** ▶ la Terre Adélie the Adélie Coast, Adélie Land ▶ terre battue hard-packed surface; (*Tennis*) jouer sur terre battue to play on a hard court ▶ terre-brûlée: politique de la terre brûlée (*fig*) scorched earth policy ▶ terre de bruyère heath-mould, heath-peat ▶ terre cuite (*pour briques, tuiles*) baked clay; (*pour jattes, statuettes*) terracotta; objets en terre cuite, terres cuites terracotta ware (*NonC*); une terre cuite a terracotta (object) ▶ la Terre de Feu Tierra del Fuego ▶ terre à foulon fuller's earth ▶ terre glaise clay ▶ terre-neuvas nm (pl terres-neuvas) (*bateau*) fishing boat (*for fishing off Newfoundland*); (*marin*) fisherman, trawlerman (*who fishes off Newfoundland*) ▶ Terre-Neuve nf Newfoundland ▶ terre-neuve nm inv (*chien*) Newfoundland terrier; (*fig*) cet homme est un vrai terre-neuve that man's a real (good) Samaritan ▶ terre-neuvien, -ienne adj Newfoundland (épith) ▶ Terre-Neuvien(ne) nm,f (pl Terre-Neuviens) Newfoundlander ▶ terre-neuvier nm (pl terre-neuviers) = terre-neuvas ▶ terre noire (*Géog*) chernozem ▶ terre-plein nm (pl terre-pleins) (*Mil*) terreplein; (*Constr*) platform; (*sur chaussée*) central reservation (*Brit*), center divider strip (*US*) ▶ terre à potier potter's clay ▶ terres rares (*Chim*) rare earths ▶ la Terre sainte the Holy Land ▶ terre de Sienne sienna ▶ terre à terre, terre-à-terre adj inv esprit down-to-earth, matter-of-fact; personne down-to-earth, unimaginative, prosaic; préoccupations mundane, workaday, prosaic ▶ terres vierges virgin lands.

**terre²** [tɛʁ] nf (*poisson*) sting ray.

**terreau** [tɛʁo] nm compost, ~ de feuilles leaf mould.

**terrer** [tɛʁe] **1** vt se terrer vpr **a** (*personne poursuivie*) to flatten o.s., crouch down; (*criminel recherché*) to lie low; go to ground *ou* earth; (*personne peu sociable*) to hide (o.s.) away. terrés dans la cave pendant les bombardements hidden *ou* buried (away) in the cellar during the bombings. **b** (*lapin, renard*) (*dans son terrier*) to go to earth *ou* ground; (*contre terre*) to crouch down, flatten itself. **2** vt (*Agr*) arbre to earth round *ou* up; pelouse to spread with soil; semis to earth over; (*Tech*) ~ drap to full.

**terrestre** [tɛʁɛstʁ] adj **a** faune, flore, transports, habitat land (épith); surface, magnétisme earth's (épith); terrestrial, of earth. (*Mil*) effectifs ~s land forces; (*Mil*) missile ~ land-based missile; *voir* croûte, écorce, globe. **b** (*d'ici-bas*) biens, plaisirs, vie earthly, terrestrial; *voir* paradis.

**terreur** [tɛʁœʁ] nf **a** (*peur*) terror (*gén NonC*). avec ~, with terror *ou* dread; vaines ~s vain *ou* empty fears; le dentiste était ma grande ~ the dentist was my greatest fear, I was terrified of the dentist; il vivait dans la ~ d'être découvert/de la police he lived in terror of being discovered/of the police. **b** (*terrorisme*) terror. (*Hist*) la T~ the (Reign of) Terror. **c** (* hum: personne*) terror. petite ~ little terror *ou* horror; jouer les ~s to play the tough guy*; on l'appelait Joe la ~, he was known as Joe, the tough guy*; c'est la ~ de la ville he's the terror of the town.

**terreux, -euse** [tɛʁø, øz] adj **a** goût, odeur earthy. **b** sabots muddy;

mains grubby, soiled; salade gritty, dirty. **c** teint sallow, muddy; ciel muddy, leaden, sullen.

**terri** [tɛʁi] nm = terril.

**terrible** [tɛʁibl] **1** adj **a** (*effroyable*) accident, maladie, châtiment terrible, dreadful, awful; arme terrible. ~. **b** (*terrifiant, féroce*) guerrier, air, menaces terrible, fearsome. **c** (*intensif*) vent, force, pression, bruit, colère terrific, tremendous, fantastic. c'est un ~ menteur he's a terrible *ou* an awful liar; c'est ~ ce qu'il peut manger it's terrific *ou* fantastic what he can eat*. **d** (*affligeant, pénible*) terrible, dreadful, awful. c'est ~ d'en arriver là it's terrible *ou* dreadful to come to this; le ~ est qu'il refuse qu'on l'aide the awful *ou* dreadful part about it is that he refuses to be helped; il est ~, avec sa manie de toujours vous contredire he's awful *ou* dreadful, the way he's always contradicting you *ou* with his habit of always contradicting you; c'est ~ de devoir toujours tout répéter it's awful *ou* dreadful always having to repeat everything; *voir* enfant. **e** (*: formidable*) film, soirée, personne terrific*, great*, tremendous*. ce film n'est pas ~ this film is nothing special *ou* nothing marvellous *ou* nothing to write home about *ou* no great shakes* (*Brit*). **2** adv (*:*) ça marche ~ it's working fantastically (well)* *ou* really great‡.

**terriblement** [tɛʁibləmɑ̃] adv **a** (*extrêmement*) terribly, dreadfully, awfully. **b** (†: *affreusement*) terribly†.

**terrien, -ienne** [tɛʁjɛ̃, jɛn] **1** adj **a** landed (épith), landowning (épith). propriétaire ~ landowner, landed proprietor. **b** vertus ~nes virtues of the soil *ou* land; avoir une vieille ascendance ~ne to come of old country stock. **2** nm **a** (*paysan*) man of the soil, countryman. **b** (*habitant de la Terre*) Earthman, earthling. **c** (*non-marin*) landsman. **3** terrienne nf (*voir 2*) countrywoman; Earthwoman, earthling; landswoman.

**terrier** [tɛʁje] nm **a** (*tanière*) [lapin, taupe] burrow, hole; [renard] earth. **b** (*chien*) terrier.

**terrifiant, -e** [tɛʁifjɑ̃, jɑ̃t] adj **a** (*effrayant*) terrifying. **b** (*sens affaibli*) progrès, appétit fearsome, incredible. c'est ~ comme il a maigri/grandi it's awful *ou* frightening how much weight he has lost/how tall he has grown!

**terrifier** [tɛʁifje] [7] vt to terrify.

**terril** [tɛʁi(l)] nm (coal) tip, slag heap.

**terrine** [tɛʁin] nf (*pot*) earthenware vessel, terrine; (*Culin*) (*récipient*) terrine; (*pâté*) pâté; (*: tête*) head, noddle‡. ~ de chef chef's special pâté.

**territoire** [tɛʁitwaʁ] nm (*gén, Pol, Zool*) territory; (*département, commune*) area; (*évêque, juge*) jurisdiction. ~s d'outre-mer (*French*) overseas territories; *voir* aménagement, surveillance.

**territorial, e,** mpl **-iaux** [tɛʁitɔʁjal, jo] **1** adj **a** puissance land (épith); intégrité, modifications territorial, eaux ~es territorial waters; armée ~e Territorial Army. **b** (*Jur: opposé à personnel*) territorial. **2** nm (*Mil*) Territorial. **3** territoriale nf (*Mil*) Territorial Army.

**territorialité** [tɛʁitɔʁjalite] nf (*Jur*) territoriality.

**terroir** [tɛʁwaʁ] nm **a** (*Agr*) soil. un vin qui a un goût de ~ wine which has a taste *ou* tang of its soil. **b** (*fig: région rurale*) accent du ~, country *ou* rural accent, brogue; mots du ~ words with a rural flavour; il sent son ~, he is very much of his native heath *ou* soil; poète du ~ poet of the land.

**terrorisant, e** [tɛʁɔʁizɑ̃, ɑ̃t] adj terrifying.

**terroriser** [tɛʁɔʁize] [1] vt to terrorize.

**terrorisme** [tɛʁɔʁism] nm terrorism.

**terroriste** [tɛʁɔʁist] adj, nmf terrorist.

**tertiaire** [tɛʁsjɛʁ] **1** adj (*Géol, Méd*) tertiary. (*Écon*) (*secteur*) ~ service industries, tertiary sector (*sréc*), tertiary industry (*sréc*). **2** nm (*Géol*) Tertiary; (*Écon*) service sector, tertiary sector, tertiary industry.

**tertiarisation** [tɛʁsjaʁizasjɔ̃] nf expansion *ou* development of the service sector.

**tertio** [tɛʁsjo] adv third(ly).

**tertre** [tɛʁtʁ] nm (*monticule*) hillock, mound, knoll (*littér*); [*sépulture*] (*burial*) mound.

**tes** [te] *voir* ton¹.

**tessiture** [tesityʁ] nf [*voix*] tessitura; [*instrument*] range.

**tesson** [tes5] nm: ~ (de bouteille) shard, sliver *ou* piece of broken glass *ou* bottle.

**test¹** [tɛst] **1** nm (*gén*) test. faire passer un ~ à qn to give sb a test; soumettre qn à des ~s to subject sb to tests, test sb; ~ d'intelligence IQ test; ~ d'orientation professionnelle vocational *ou* occupational test; ~ d'aptitude/psychologique *ou* de personnalité aptitude/personality test; ~ de grossesse pregnancy test; ~ du SIDA AIDS test; ~ biologique biological test. **2** adj conflit-région ~ test conflict/area.

**test²** [tɛst] nm (*Zool*) test.

**test³** [tɛst] nm = têt.

**testable** [tɛstabl] adj testable.

**testament** [tɛstamɑ̃] [†] nm **a** (*Rel*) Ancien/Nouveau T~ Old/New Testament.

**b** (*Jur*) will, testament (*Jur*). mourir sans ~ to die intestate (*Jur*, *frm*) *ou* without leaving a will; ceci est mon ~ this is my last will and

projection.
**projectionist** [prə'dʒɛkʃənɪst] n projectionniste *mf*.
**projective** [prə'dʒɛktɪv] adj projectif.
**projector** [prə'dʒɛktə*r*] n (*Cine etc*) projecteur *m*.
**prolactin** [prəʊ'læktɪn] n prolactine *f*.
**prolapse** ['prəʊlæps] 1 n (*gen*) descente *f* d'organe, ptose *f*, prolapsus *m*; *[womb]* descente *f* de matrice or de l'utérus. 2 vi descendre.
**prole‡** [prəʊl] adj, n (*pej*) (*abbr of* proletarian) prolo‡ (*m*).
**proletarian** [,prəʊlɪ'tɛərɪən] 1 n prolétaire *mf*. 2 adj class, party prolétarien; *life, ways, mentality* de prolétaire.
**proletarianize** [,prəʊlɪ'tɛərɪənaɪz] vt prolétariser.
**proletariat** [,prəʊlɪ'tɛərɪət] n prolétariat *m*.
**pro-life** [,prəʊ'laɪf] adj contre l'avortement.
**proliferate** [prə'lɪfəreɪt] vi proliférer.
**proliferation** [prə,lɪfə'reɪʃən] n prolifération *f*.
**proliferous** [prə'lɪfərəs] adj prolifère.
**prolific** [prə'lɪfɪk] adj prolifique.
**prolix** ['prəʊlɪks] adj prolixe.
**prolixity** [prəʊ'lɪksɪtɪ] n prolixité *f*.
**prologue** ['prəʊlɒg] n (*Literat etc*) prologue *m* (*to* de); (*fig*) prologue (*to* à).
**prolong** [prə'lɒŋ] vt prolonger. (*fig*) I won't ~ the agony je vais abréger tes souffrances.
**prolongation** [,prəʊlɒŋ'geɪʃən] n (*in space*) prolongement *m*; (*in time*) prolongation *f*.
**prolonged** [prə'lɒŋd] adj long, de longue durée, prolongé; (*period*) long. ~ leave of absence congé *m* prolongé or de longue durée; ~ sick leave congé *m* de longue maladie or de maladie prolongé; after a ~ absence après une longue absence or une absence prolongée.
**prom*** [prɒm] n abbr of promenade  a' (*Brit: by sea*) promenade *f*, front *m* de mer.  b' (*Brit*) ~s = promenade concerts; *see* promenade 2.  c' (*US*) = promenade 1c.
**promenade** [,prɒmɪ'nɑːd]   1 n a' (*walk*) promenade *f*.  b' (*place*) (*by sea*) promenade *f*, front *m* de mer; (*in park etc*) avenue *f*, (*in theatre, hall etc*) promenoir *m*.  c' (*US*) bal *m* d'étudiants (*or* de lycéens). 2  comp ► **Promenade Concerts** (*Brit*) série *f* de concerts de musique classique (*donnés à Londres etc*) ► **promenade deck** (*Naut*) pont *m* promenade. 3' vi (*frm: walk*) se promener. 4' vt (*frm*) person promener; *avenue* se promener le long de.
**promenader** [,prɒmɪ'nɑːdə*r*] n (*Brit Mus*) auditeur *m*, -trice *f* d'un "promenade concert"; *see* promenade.
**Prometheus** [prə'miːθjuːs] n Prométhée *m*.
**promethium** [prə'miːθɪəm] n prométhéum *m*.
**prominence** ['prɒmɪnəns] n (*see* prominent) proéminence *f*, aspect saillant or frappant or marquant; importance *f*. to bring sth/sb into ~ mettre qch/qn en vue, attirer l'attention sur qch/qn; to come into ~ prendre de l'importance.
**prominent** ['prɒmɪnənt] adj *ridge, structure, nose* proéminent; *cheek-bones* saillant; *tooth* qui avance; (*fig: striking*) pattern, markings frappant; *feature* marquant; (*fig: outstanding*) person important, bien en vue. he is a ~ member of ... c'est un membre important de ...; she is ~ in London literary circles elle est très en vue dans les cercles littéraires londoniens; he was very ~ in ..., he played a ~ part in ... il a joué un rôle important dans ...; to put sth in a ~ position mettre qch bien en vue or en valeur; (*fig*) he occupies a ~ position in ... il occupe une position importante or en vue dans ...
**prominently** ['prɒmɪnəntlɪ] adv display, place, set bien en vue. his name figured ~ in the case on a beaucoup entendu parler de lui dans l'affaire.
**promiscuity** [,prɒmɪs'kjuːɪtɪ] n a' (*pej: sexual*) promiscuité sexuelle.  b' (*gen*) promiscuité *f*.
**promiscuous** [prə'mɪskjuəs] adj a' (*pej: in sexual matters*) person de mœurs faciles or légères; *conduct* léger, libre, immoral; he/she is very ~ il/elle change sans arrêt de partenaire, il/elle couche avec n'importe qui. b' (*disorderly, mixed*) collection, heap confus.
**promiscuously** [prə'mɪskjuəslɪ] adv a' (*pej*) behave immoralement. b' heap, collect confusément.
**promiscuousness** [prə'mɪskjuəsnɪs] n = promiscuity.
**promise** ['prɒmɪs] 1 n a' (*undertaking*) promesse *f*. ~ of marriage promesse de mariage; under (a or the) ~ of sous promesse de; to make sb a ~ faire une promesse à qn (*to do* de faire); is it a ~? c'est promis?; to keep one's ~ tenir sa promesse; to hold or keep sb to his ~ contraindre qn à tenir sa promesse, faire tenir sa promesse à qn; (*dismissively*) ~s, ~s! oh, on dit ça, on dit ça!
b' (*hope*) promesse(s) *f(pl)*, espérance(s) *f(pl)*. a young man of ~ un jeune homme plein de promesses or qui promet; he shows great ~ il donne de grandes espérances; it holds out a ~ of peace cela promet or fait espérer la paix.
2 vt a' promettre (*sth to sb* qch à qn, *sb to do sb* à qn de faire, *that* que). I ~ [you]! je vous le promets!; "I will help you" she ~d "je vous aiderai" promit-elle; I can't ~ anything je ne peux rien (vous) promettre; (*fig*) to ~ sb the earth or the moon promettre monts et merveilles à qn, promettre la lune à qn; to ~ o.s. (to do) sth se promettre (de faire) qch.

b' (*fig*) promettre, annoncer. those clouds ~ rain ces nuages annoncent la pluie; they ~ us rain tomorrow ils nous ont promis or annoncé de la pluie pour demain; it ~s to be hot today il va sûrement faire chaud aujourd'hui; this ~s to be difficult ça promet d'être or ça s'annonce difficile.
c' (*assure*) assurer. he did say so, I ~ you il l'a vraiment dit, je vous assure.
3' vi a' promettre. (will you) ~? (c'est) promis?, juré?; I can't ~ but I'll do my best je ne (vous) promets rien mais je ferai de mon mieux.
b' (*fig*) to ~ well (*person*) promettre, être plein de promesses; (*crops*) être plein de promesses; (*scheme, plan etc*) (*job, business*) s'annoncer bien; *[first book]* promettre, être prometteur; this doesn't ~ well ce n'est guère prometteur, ça ne s'annonce pas bien.
**promised** ['prɒmɪst] adj promis. the P~ Land la Terre Promise.
**promising** ['prɒmɪsɪŋ] adj a' (*encouraging*) situation, sign prometteur, qui promet, plein de promesses. the future is ~ l'avenir s'annonce bien; that's ~ c'est prometteur; (*iro*) ça promet! (*iro*); it doesn't look very ~ ça se semble guère prometteur; (*of scheme, plan etc*) ça m'étonnerait que ça marche (*subj*), ça ne se présente pas bien.
b' (*full of promise*) person prometteur, plein de promesses, qui promet. we have 2 ~ candidates nous avons 2 candidats prometteurs; he is a ~ pianist c'est un pianiste d'avenir.
**promisingly** ['prɒmɪsɪŋlɪ] adv d'une façon prometteuse. it began quite ~ tout s'annonçait bien, c'était bien parti; it's going quite ~ c'est prometteur, ça marche bien.
**promissory** ['prɒmɪsərɪ] adj ~ note billet *m* à ordre.
**promo** ['prəʊməʊ] n, pl ~s a' (*Comm: promotional material*) matériel *m* promotionnel. b' (*US Comm*) (abbr of promotion) promotion *f*.
**promontory** ['prɒmɜntrɪ] n promontoire *m*.
**promote** [prə'məʊt] vt a' person promouvoir (*to* à). to be ~d être promu, monter en grade; he was ~d (to) colonel or to the rank of colonel il a été promu (au grade de) colonel; (*Ftbl etc*) they've been ~d to the first division ils sont montés en première division.  b' (*encourage*) cause, cooperation, plan, sales, product promouvoir; *trade* promouvoir, développer, favoriser, encourager; (*Comm*) firm, company, business, campaign lancer; (*Parl*) bill présenter.
**promoter** [prə'məʊtə*r*] n (*sport*) organisateur *m*, -trice *f*; (*Comm*) (*product*) promoteur *m* de vente; (*business, company*) fondateur *m*, -trice *f*.
**promotion** [prə'məʊʃən] 1 n a' promotion *f*, avancement *m*. to get ~ obtenir de l'avancement, être promu. b' (*NonC: see* promote b) promotion *f*; développement *m*; lancement *m*; présentation *f*. (sales) ~ promotion des ventes.  c' (*advertising material*) réclames *fpl*, publicité *f*. d' (*US Scol*) passage *m* de classe. 2'  comp ► **promotion opportunities, promotion prospects** possibilités *fpl* d'avancement or de promotion.
**promotional** [prə'məʊʃənl] adj campaign promotionnel, publicitaire.
**prompt** [prɒmpt] 1' adj a' (*speedy*) action rapide, prompt; *delivery, reply, service* rapide. ~ payment paiement *m* rapide; (*Comm*) paiement dans les délais; they were ~ to offer their services ils ont été prompts à offrir leurs services, ils ont offert leurs services sans tarder.
b' (*punctual*) ponctuel, à l'heure.
2' adv ponctuellement. at 6 o'clock ~ à 6 heures pile or tapantes or sonnantes; I want it on May 6th ~ je le veux le 6 mai sans faute or au plus tard.
3' vt a' person pousser, inciter (*to do* à faire); *protest, reaction* provoquer, entraîner, être à l'origine de. I felt ~ed to protest cela m'a incité à protester, je me suis senti obligé de protester; he was ~ed by a desire to see justice done il était animé or poussé par un désir de voir la justice triompher; it ~s the thought that ... cela incite à penser que ..., cela vous fait penser que ...; a feeling of regret ~ed by the sight of ... un sentiment de regret provoqué or déclenché par la vue de ... .
b' (*Theat*) souffler.
4' n a' (*Theat*) to give sb a ~ souffler une réplique à qn.
b' (*Comput: on screen*) (message *m* de) guidage *m*.
5' comp ► **prompt box** (*Theat*) trou *m* du souffleur ► **prompt side** (*Brit*) côté *m* cour; (*US*) côté jardin; **off prompt side** (*Brit*) côté jardin; (*US*) côté cour.
**prompter** ['prɒmptə*r*] n (*Theat*) souffleur *m*, -euse *f*.
**prompting** ['prɒmptɪŋ] n incitation *f*. he did it at my ~ il l'a fait à mon instigation; he did it without (any) ~ il l'a fait de son propre chef.
**promptitude** ['prɒmptɪtjuːd] n promptitude *f*, empressement *m* (*in doing* à faire); (*punctuality*) ponctualité *f*.
**promptly** ['prɒmptlɪ] adv a' (*speedily*) rapidement, promptement, avec promptitude. to pay ~ payer sans tarder; (*Comm*) payer recta or sans tarder.  b' (*punctually*) ponctuellement. he arrived ~ at 3 il est arrivé ponctuellement à 3 heures.  c' (*thereupon*) là-dessus, aussi sec*. she refused and he ~ hit her elle a refusé et là-dessus, aussi sec* il l'a frappée.
**promptness** ['prɒmptnɪs] n = promptitude.
**promulgate** ['prɒmʌlgeɪt] vt law promulguer; *idea, doctrine, creed* répandre, disséminer.
**promulgation** [,prɒmʌl'geɪʃən] n (*see* promulgate) promulgation *f*; dissémination *f*.

# EXHIBIT C

Generated on: This page was generated by TSDR on 2014-08-11 19:33:33 EDT
Mark: PROMISED LAND

| | | | |
|---|---|---|---|
| US Serial Number: | 78269257 | Application Filing Date: | Jul. 01, 2003 |
| US Registration Number: | 2973480 | Registration Date: | Jul. 19, 2005 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| Status Date: | Aug. 26, 2011 | | |
| Publication Date: | Mar. 23, 2004 | Notice of Allowance Date: | Jun. 15, 2004 |

## Mark Information

Mark Literal Elements: PROMISED LAND
Standard Character Claim: No
Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Wines, spirits, liqueurs | | |
| International Class(es): | 033 - Primary Class | U.S Class(es): | 047, 049 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 1996 | Use in Commerce: | 2002 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | Yes | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Taylors Wines Pty Limited, ACN 007 733 897 |
| Owner Address: | 1 Charles Street<br>Petersham NSW 2049<br>AUSTRALIA |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | AUSTRALIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Sheldon H. Klein | Docket Number: | 104749 |
| Attorney Primary Email: | trademark@gpmlaw.com | Attorney Email Yes | |

|  | |
|---|---|
| **Address:** _____ | **Authorized:** |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Sheldon H. Klein<br>Gray, Plant, Mooty, Mooty & Bennett, P.A.<br>600 New Hampshire Ave., NW<br>Suite 700<br>Washington, DISTRICT OF COLUMBIA 20037<br>UNITED STATES |
| **Phone:** (202) 295-2200 | **Fax:** 612-632-4444 |
| **Correspondent e-mail:** trademark@gpmlaw.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative

| | |
|---|---|
| **Domestic Representative Name:** Sheldon H. Klein | **Phone:** 202-295-2200 |
| **Fax:** 612-632-4444 | |
| **Domestic Representative e-mail:** trademark@gpmlaw.com | **Domestic Representative e-mail Authorized:** Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 29, 2011 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 26, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Aug. 26, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| Aug. 26, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| Jul. 15, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 19, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 14, 2005 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 76984 |
| Apr. 13, 2005 | ASSIGNED TO LIE | 76984 |
| Apr. 04, 2005 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 02, 2005 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Feb. 04, 2005 | USE AMENDMENT FILED | 65362 |
| Feb. 04, 2005 | TEAS STATEMENT OF USE RECEIVED | |
| Dec. 23, 2004 | EXTENSION 1 GRANTED | 76874 |
| Dec. 14, 2004 | EXTENSION 1 FILED | 76874 |
| Dec. 14, 2004 | TEAS EXTENSION RECEIVED | |
| Jun. 15, 2004 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 23, 2004 | PUBLISHED FOR OPPOSITION | |
| Mar. 03, 2004 | NOTICE OF PUBLICATION | |
| Jan. 21, 2004 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 15, 2004 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 14, 2004 | ASSIGNED TO EXAMINER | 77658 |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** TMO LAW OFFICE 113 | **Date in Location:** Aug. 26, 2011 |

# EXHIBIT D

# COLLINS ROBERT

# FRENCH ▶ ENGLISH
# ENGLISH ▶ FRENCH
# DICTIONARY

## Unabridged

by

**Beryl T. Atkins**
**Alain Duval   Rosemary C. Milne**

and

**Pierre-Henri Cousin**
**Hélène M. A. Lewis   Lorna A. Sinclair**
**Renée O. Birks   Marie-Noëlle Lamy**

### THIRD EDITION



HarperCollins*Publishers*

© Copyright 1978, 1987 William Collins Sons & Co. Ltd. and
Dictionnaires Le Robert

© Copyright 1993 HarperCollins Publishers and Dictionnaires Le Robert

third edition / troisième édition 1993
reprinted / réimpression 1993

second edition reprinted / deuxième édition: réimpressions
1987 (twice)      1989           1991
1988 (twice)      1990 (twice)

Dictionnaires Le Robert
12, avenue d'Italie - 75013 Paris
ISBN 2-85036227-1

HarperCollins Publishers

P.O. Box, Glasgow G4 ONB, Great Britain
ISBN 0-00-433551-1
with thumb index 0-00-433552-X

1995 Markham Road, Scarborough, Canada, AM1B 5M8
ISBN 0-00-470277-8
with thumb index 0-06-275509-9

10 East 53rd Street, New York
New York 10022
ISBN 0-06-275509-9

**THE COLLINS ROBERT FRENCH DICTIONARY.** Copyright © 1978, 1987 by
William Collins Sons & Co. Ltd. and Dictionnaires Le Robert. Copyright © 1993 by
HarperCollins Publishers and Dictionnaires Le Robert.
All rights reserved. Printed in France. No part of this book may be used or
reproduced in any manner whatsoever without written permission except in the
case of brief quotations embodied in critical articles and reviews. For information
address HarperCollins Publishers, P.O. Box, Glasgow G4 ONB, Great Britain.

First HarperCollins edition published 1993

The Library of Congress has catalogued the previous edition of this book as follows:

Collins-Robert French-English, English-French dictionary / by
Beryl T. Atkins ... [et al.]. – 2nd ed.
p.     cm.
Title on added t.p.: Robert-Collins dictionnaire français-anglais,
anglais-français.
Reprint. Originally published: London: Collins; Paris :
Dictionnaires Le Robert, 1987.
ISBN 0-06-275503-X
1. French language–Dictionaries–English. 2. English language–
Dictionaries–French I. Atkins, Beryl T.  II. Title: Robert-Collins
dictionnaire français-anglais, anglais-français.
PC2640.C69  1987
443'.21–dc20                                         90-4097

93  94  95  96  97  MI  10  9  8  7  6  5  4  3  2

All rights reserved/Tous droits réservés
Dépôt légal octobre 1993

Typeset by Morton Word Processing Ltd, Scarborough
Printed in France by Maury-Imprimeur S. A. – Malesherbes

**projectionist**

projection.

**projectionist** [prə'dʒekʃənɪst] n projectionniste mf.

**projective** [prə'dʒektɪv] adj projectif.

**projector** [prə'dʒektə'] n (Cine etc) projecteur m.

**prolactin** [prəʊ'læktɪn] n prolactine f.

**prolapse** ['prəʊlæps] 1 n (gen) descente f d'organe, ptose f, prolapsus m; [womb] descente f de matrice or de l'utérus. 2 vi descendre.

**prole** ['prəʊl] abr, n (pej) (abbr of proletarian) prolo* (m).

**proletarian** [,prəʊlə'teərɪən] 1 n prolétaire m. 2 adj class, party prolétarien; life, ways, mentality de prolétaire.

**proletarianize** [,prəʊlə'teərɪənaɪz] vt prolétariser.

**proletariat** [,prəʊlə'teərɪət] n prolétariat m.

**pro-life** [,prəʊ'laɪf] adj contre l'avortement.

**proliferate** [prə'lɪfəreɪt] vi proliférer.

**proliferation** [prə,lɪfə'reɪʃən] n prolifération f.

**proliferous** [prə'lɪfərəs] adj prolifère.

**prolific** [prə'lɪfɪk] adj prolifique.

**prolix** ['prəʊlɪks] adj prolixe.

**prolixity** [prəʊ'lɪksɪtɪ] n prolixité f.

**prologue** ['prəʊlɒg] n (Literat etc) prologue m (to de); (fig) prologue (to à).

**prolong** [prə'lɒŋ] vt prolonger. (fig) I won't ~ the agony je vais abréger tes souffrances.

**prolongation** [,prəʊlɒŋ'geɪʃən] n (in space) prolongement m; (in time) prolongation f.

**prolonged** [prə'lɒŋd] adj long, de longue durée, prolongé; (period) long. ~ leave of absence congé m prolongé or de longue durée; ~ sick leave congé m de longue maladie or de maladie prolongé; after a ~ absence après une longue absence or une absence prolongée.

**prom*** [prɒm] n abbr of promenade a' (Brit: by sea) promenade f, front m de mer. b' (Brit) ~s = promenade concerts; see promenade 2. c' (US) = promenade 1c.

**promenade** [,prɒmɪ'nɑːd] 1 n a' (walk) promenade f. b' (place) (by sea) promenade f, front m de mer; (in park etc) avenue f; (in theatre, hall etc) promenoir m. c' (US) bal m d'étudiants (or de lycéens). 2 comp ►Promenade Concerts (Brit) série f de concerts de musique classique (donnés à Londres etc) ► promenade deck (Naut) pont m promenade. 3 vi (from: walk) se promener. 4 vt (frm) person promener; avenue se promener le long de.

**promenader*** [,prɒmɪ'nɑːdə'] n (Brit Mus) auditeur m, -trice f d'un "promenade concert"; see promenade.

**Prometheus** [prə'miːθjuːs] n Prométhée m.

**promethium** [prə'miːθɪəm] n prométhéum m.

**prominence** ['prɒmɪnəns] n (see prominent) proéminence f, aspect saillant or frappant or marquant; importance f. to bring sth/sb into ~ mettre qch/qn en vue, attirer l'attention sur qch/qn; to come into ~ prendre de l'importance.

**prominent** ['prɒmɪnənt] adj ridge, structure, nose proéminent; cheekbones saillant; tooth qui avance; (fig: striking) pattern, markings frappant; feature marquant; (fig: outstanding) person important, bien en vue. he is a ~ member of ..., c'est un membre important de ...; she is ~ in London literary circles elle est très en vue dans les cercles littéraires londoniens; he was very ~ in ..., he played a ~ part in ... il a joué un rôle important dans ...; to put sth in a ~ position mettre qch bien en vue or en valeur; (fig) he occupies a ~ position in ... il occupe une position importante or en vue dans ... .

**prominently** ['prɒmɪnəntlɪ] adv display, place, set bien en vue. his name figured ~ in the case on a beaucoup entendu parler de lui dans l'affaire.

**promiscuity** [,prɒmɪs'kjuːɪtɪ] n a' (pej: sexual) promiscuité sexuelle. b' (gen) promiscuité f.

**promiscuous** [prə'mɪskjʊəs] adj a' (pej: in sexual matters) person de mœurs faciles or légères; conduct léger, libre, immoral; he/she is very ~ il/elle change sans arrêt de partenaire, il/elle couche avec n'importe qui. b' (disorderly, mixed) collection, heap confus.

**promiscuously** [prə'mɪskjʊəslɪ] adv a' (pej) behave immoralement. b' heap, collect confusément.

**promiscuousness** [prə'mɪskjʊəsnɪs] n = promiscuity.

**promise** ['prɒmɪs] 1 n a' (undertaking) promesse f. ~ of marriage promesse de mariage; under {a or the} ~ of sous promesse de; to make sb a ~ faire une promesse à qn (to do de faire); is it a ~? c'est promis?; to keep one's ~ tenir sa promesse; to hold or keep sb to his ~ contraindre qn à tenir sa promesse, faire tenir sa promesse à qn; (dismissively) ~s, ~s! oh, on dit ça, on dit ça!

b' (hope) promesse(s) f(pl), espérance(s) f(pl). a young man of ~ un jeune homme plein de promesses or qui promet; he shows great ~ il donne de grandes espérances; it holds out a ~ of peace cela promet or fait espérer la paix.

2 vt a promettre (sth to sb qch à qn, sb to do à qn de faire, that que). I ~ {you!} je vous le promets!; "I will help you" she ~d "je vous aiderai" promit-elle; I can't ~ anything je ne peux rien {vous} promettre; (fig) to ~ sb the earth or the moon promettre monts et merveilles à qn, promettre la lune à qn; to ~ o.s. {to do} sth se promettre (de faire) qch.

b' (fig) promettre, annoncer. those clouds ~ rain ces nuages annoncent la pluie; they ~ us rain tomorrow ils nous ont promis or annoncé de la pluie pour demain; it ~s to be hot today il va sûrement faire chaud aujourd'hui; this ~s to be difficult ça promet d'être or ça s'annonce difficile.

c' (assure) assurer. he did say so, I ~ you il l'a vraiment dit, je vous assure. 3 vi a' promettre. {will you} ~? {c'est} promis?, juré?; I can't ~ but I'll do my best je ne {vous} promets rien mais je ferai de mon mieux.

b' (fig) to ~ well [person] promettre, être plein de promesses; [situation, event] être plein de promesses, être prometteur; [crop, business] s'annoncer bien; [first book] promettre, être prometteur; this doesn't ~ well ce n'est guère prometteur, ça ne s'annonce pas bien.

**promised** ['prɒmɪst] adj promis. the P~ Land la Terre Promise.

**promising** ['prɒmɪsɪŋ] adj a' (encouraging) situation, sign prometteur, qui promet, plein de promesses. the future is ~ l'avenir s'annonce bien; that's ~ c'est prometteur; (iro) ça promet! (iro); it doesn't look very ~ ça ne semble guère prometteur; (of scheme, plan etc) ça m'étonnerait que ça marche (subj), ça ne se présente pas bien. b' (full of promise) person prometteur, plein de promesses, qui promet. we have 2 ~ candidates nous avons 2 candidats prometteurs; he is a ~ pianist c'est un pianiste d'avenir.

**promisingly** ['prɒmɪsɪŋlɪ] adv d'une façon prometteuse. it began quite ~ tout s'annonçait bien, c'était bien parti; it's going quite ~ c'est prometteur, ça marche bien.

**promissory** ['prɒmɪsərɪ] adj: ~ note billet m à ordre.

**promo** ['prəʊməʊ] n, pl ~s a' (Comm: promotional material) matériel m promotionnel. b' (US Comm) (abbr of promotion) promotion f.

**promontory** ['prɒmɒntrɪ] n promontoire m.

**promote** [prə'məʊt] vt a' person promouvoir (to à). to be ~d être promu, monter en grade; he was ~d {to} colonel or to the rank of colonel il a été promu (au grade de) colonel; (Ftbl etc) they've been ~d to the first division ils sont montés en première division. b' (encourage) cause, cooperation, plan, sales, product promouvoir; trade promouvoir, développer, favoriser, encourager; (Comm) firm, company, business, campaign lancer; (Parl) bill présenter.

**promoter** [prə'məʊtə'] n [sport] organisateur m, -trice f; (Comm) [product] promoteur m de vente; [business, company] fondateur m, -trice f.

**promotion** [prə'məʊʃən] 1 n a' promotion f, avancement m. to get ~ obtenir de l'avancement, être promu. b' (NonC: see promote b) promotion f; développement m; lancement m; présentation f. {sales} ~ promotion des ventes. c' (advertising material) réclames fpl, publicité f. d' (US Scol) passage m de classe. 2 comp ►promotion opportunities, promotion prospects possibilités fpl d'avancement or de promotion.

**promotional** [prə'məʊʃənl] adj (Comm) promotionnel, publicitaire.

**prompt** [prɒmpt] 1 adj a' (speedy) action rapide, prompt; delivery, reply, service rapide. ~ payment paiement m rapide; (Comm) paiement dans les délais; they were ~ to offer their services ils ont été prompts à offrir leurs services, ils ont proposé leurs services sans tarder. b' (punctual) ponctuel, à l'heure. 2 adv ponctuellement. at 6 o'clock ~ à 6 heures pile or tapantes or sonnantes; I want it on May 6th ~ je le veux le 6 mai sans faute or au plus tard.

3 vt a' person pousser, inciter (to do à faire); protest, reaction provoquer, entraîner, être à l'origine de. I felt ~ed to protest cela m'a incité à protester, je me suis senti obligé de protester; he was ~ed by a desire to see justice done il était animé or poussé par un désir de voir la justice triompher; it ~s the thought that ... cela incite à penser que ..., cela vous fait penser que ...; a feeling of regret ~ed by the sight of ... un sentiment de regret provoqué or déclenché par la vue de ... .

b' (Theat) souffler. 4 n a' (Theat) to give sb a ~ souffler une réplique à qn. b' (Comput: on screen) {message m de} guidage m. 5 comp ►prompt box (Theat) trou m du souffleur ►prompt side (Brit) côté m cour; (US) côté jardin; off prompt side (Brit) côté jardin; (US) côté cour.

**prompter** ['prɒmptə'] n (Theat) souffleur m, -euse f.

**prompting** ['prɒmptɪŋ] n incitation f. he did it at my ~ il l'a fait à mon instigation; he did it without {any} ~ il l'a fait de son propre chef.

**promptitude** ['prɒmptɪtjuːd] n promptitude f, empressement m (in doing à faire); (punctuality) ponctualité f.

**promptly** ['prɒmptlɪ] adv a' (speedily) rapidement, promptement, avec promptitude. to pay ~ payer sans tarder; (Comm) payer recta or dans les délais. b' (punctually) ponctuellement. he arrived ~ at 3 il est arrivé ponctuellement à 3 heures. c' (thereupon) là-dessus, aussitôt sec*. she refused and he ~ hit her elle a refusé et là-dessus or aussi sec* il l'a frappée.

**promptness** ['prɒmptnɪs] n = promptitude.

**promulgate** ['prɒməlgeɪt] vt law promulguer; idea, doctrine, creed répandre, disséminer.

**promulgation** [,prɒml'geɪʃən] n (see promulgate) promulgation f; dissémination f.

Case2 14-cv-04929-LB Document1 Filed11/05/14 Page38 of 40

vous! workers of the world unite!

**prolétariat** [pʀɔletaʀja] nm proletariat.

**prolétarien, -ienne** [pʀɔletaʀjɛ̃, jɛn] adj proletarian.

**prolétarisation** [pʀɔletaʀizasjɔ̃] nf proletarianization.

**prolétariser** [pʀɔletaʀize] [1] vt to proletarianize.

**prolifération** [pʀɔlifeʀasjɔ̃] nf proliferation.

**proliférer** [pʀɔlifeʀe] [6] vi to proliferate.

**prolifique** [pʀɔlifik] adj prolific.

**prolixe** [pʀɔliks] adj orateur, discours verbose, prolix (frm), wordy.

**prolixement** [pʀɔliksəmɑ̃] adv verbosely, prolixly (frm), wordily.

**prolixité** [pʀɔliksite] nf verbosity, prolixity (frm), wordiness.

**prolo\*** [pʀɔlo] 1 nmf (abrév de prolétaire) pleb\* (péj), prole\* (péj). 2 adj common-looking, plebby\*.

**prologue** [pʀɔlɔg] nm prologue (à to).

**prolongateur** [pʀɔlɔ̃gatœʀ] nm extension cable ou lead.

**prolongation** [pʀɔlɔ̃gasjɔ̃] nf (voir prolonger) prolongation; extension. (Ftbl) ~s extra time (NonC); (Ftbl) ils ont joué les ~s they played extra time, the game ou they went into extra time.

**prolonge** [pʀɔlɔ̃ʒ] nf: ~ d'artillerie gun carriage.

**prolongé, e** [pʀɔlɔ̃ʒe] (ptp de prolonger) adj débat, séjour prolonged, lengthy; rire, cri prolonged; effort prolonged, sustained. exposition ~e au soleil prolonged exposure to the sun; (hum) jeune fille ~e† old maid, girl left on the shelf; rue de la Paix; ~e continuation of Rue de la Paix; en cas d'arrêt ~ in case of prolonged stoppage.

**prolongement** [pʀɔlɔ̃ʒmɑ̃] nm a (route) continuation; (bâtiment) extension; (fig) (affaire, politique) extension. décider le ~ d'une route to decide to extend ou continue a road; cette rue se trouve dans le ~ de l'autre this street runs on from the other ou is the continuation of the other; l'outil doit être un ~ du bras the tool should be an extension of one's arm. b (suites) ~s repercussions, effects.

**prolonger** [pʀɔlɔ̃ʒe] [3] 1 vt a (dans le temps) séjour, trêve, séance to prolong, extend; billet to extend; vie, maladie to prolong; (Mus) note to prolong. nous ne pouvons ~ notre séjour we cannot stay any longer, we cannot prolong our stay any longer.

  b (dans l'espace) rue to extend, continue; (Math) ligne to prolong, produce. on a prolongé le mur jusqu'au garage we extended ou continued the wall as far as ou up to the garage; ce bâtiment prolonge l'aile principale this building is the ou an extension ou a continuation of the main wing.

  2 se prolonger vpr a (persister) [attente] to go on; [situation] to go on, last, persist; [effet] to last, persist; [débat] to last, go on, carry on; [maladie] to continue, persist. il voudrait se ~ dans ses enfants he would like to live on in his children.

  b (s'étendre) [rue, chemin] to carry on (Brit), continue.

**promenade** [pʀɔm(ə)nad] nf a (à pied) walk, stroll; (en voiture) drive, ride, spin\*; (en bateau) sail; (en vélo, à cheval) ride. partir en ~, faire une ~ to go for a walk ou stroll (ou drive etc); être en ~ to be out walking ou out for a walk; faire faire une ~ à qn to take sb (out) for a walk; (Sport) cette course a été une ~ pour lui this race was a real walkover for him; ça n'a pas été une ~ de santé it has been no picnic\*. b (avenue) walk, esplanade; (front de mer) promenade.

**promener** [pʀɔm(ə)ne] [5] 1 vt a (emmener) ~ qn to take sb (out) for a walk ou stroll; ~ le chien to walk the dog, take the dog out (for a walk); ~ des amis à travers une ville to show ou take friends round a town; cela te promènera that will get you out for a while; il promène son nounours partout\* he trails his teddy bear (around) everywhere with him; est-ce qu'il va nous ~ encore longtemps à travers ces bureaux?\* is he going to trail us round these offices much longer?; voir envoyer.

  b (fig) ~ ses regards sur qch to run ou cast one's eyes over sth; ~ ses doigts sur qch to run ou pass one's fingers over sth; ~ sa tristesse to carry one's sadness around with one.

  2 se promener vpr a (voir promenade) to go for a walk ou stroll (ou drive etc). aller se ~ to go (out) for a walk ou stroll (ou drive etc); viens te ~ avec maman come for a walk with mummy; se ~ dans sa chambre to walk ou pace up and down in one's room; allez vous ~!\* go and take a running jump!\*, (go and) get lost!\*; je ne vais pas laisser tes chiens se ~ dans mon jardin I'm not going to let your dogs wander round my garden; (Sport) il s'est vraiment promené dans cette course this race was a real walkover for him.

  b (fig) [pensées, regards, doigts] to wander. son crayon se promenait sur le papier he let his pencil wander over the paper, his pencil wandered over the paper; ses affaires se promènent toujours partout\* his things are always lying around all over the place ou are always scattered about the place.

**Promeneur, -euse** [pʀɔm(ə)nœʀ, øz] nm,f walker, stroller. les ~s du dimanche Sunday strollers, people out for a Sunday walk ou stroll.

**promenoir** [pʀɔm(ə)nwaʀ] nm (†: Théât) promenade (gallery), standing gallery; (école, prison) (covered) walk.

**promesse** [pʀɔmɛs] nf a (assurance) promise; (parole) promise, word; (Comm) commitment, undertaking. ~ de mariage promise of marriage; ~ en l'air ou d'ivrogne ou de Gascon empty ou vain promise; ~ d'achat/de vente commitment to buy/to sell; faire une ~ to make a promise, give one's word; il m'en a fait la ~ he gave me his word for

it; tenir/manquer à sa ~ to keep/break one's promise ou word; j'ai sa ~ I have his word for it, he has promised me; (fig) auteur plein de ~s writer showing much promise ou full of promise, very promising writer; sourire plein de ~s smile that promised (ou promises) much.

**Prométhée** [pʀɔmete] nm Prometheus.

**prométhium** [pʀɔmetjɔm] nm promethium.

**prometteur, -euse** [pʀɔmetœʀ, øz] adj début, signe promising; acteur, politicien up-and-coming, promising.

**promettre** [pʀɔmɛtʀ] [56] 1 vt a chose, aide to promise. je lui ai promis un cadeau I promised him a present; je te le promets I promise (you); il n'a rien osé ~ he couldn't promise anything, he didn't dare commit himself; il a promis de venir he promised to come; il m'a promis de venir ou qu'il viendrait he promised me that he would come; ~ la lune, ~ monts et merveilles to promise the moon ou the earth; tu as promis, il faut y aller you've promised ou you've given your word so you have to go; il ne faut pas ~ quand on ne peut pas tenir one mustn't make promises that one cannot keep; ~ le secret to promise to keep a secret; ~ son cœur/sa main/son amour to pledge one's heart/hand/love.

  b (prédire) to promise. je vous promets qu'il ne recommencera pas I (can) promise you he won't do that again; il sera furieux, je te le promets he will be furious, I (can) promise you ou I can tell you; on nous promet du beau temps/un été pluvieux we are promised ou we are in for\* some fine weather/a rainy summer; ces nuages nous promettent de la pluie these clouds mean ou promise rain; cela ne nous promet rien de bon this promises to be pretty bad for us, this doesn't look at all hopeful for us.

  c (faire espérer) to promise. le spectacle/dîner promet d'être réussi the show/dinner promises to be a success; cet enfant promet this child shows promise ou is promising, he's (ou she's) a promising child; (iro) this child shows great promise (iro); (iro) ça promet! that's a good start! (iro), that's promising! (iro); (iro) ça promet pour l'avenir/pour l'hiver! that bodes well for the future/(the) winter! (iro).

  2 se promettre vpr: se ~ de faire qch to mean ou resolve to do sth; se ~ du bon temps ou du plaisir to promise o.s. a good time; je me suis promis un petit voyage I've promised myself a little trip; je me suis bien promis de ne jamais plus l'inviter I vowed never to invite him again.

**promis, e** [pʀɔmi, iz] (ptp de promettre) 1 adj a (assuré) tu le feras? ~ —(, juré)! yes, I promise! b (destiné) être ~ à qch to be destined ou set for sth; voir chose, terre. 2 nm,f (††, dial) betrothed††.

**promiscuité** [pʀɔmiskuite] nf [lieu public] crowding (NonC) (de in); [chambre] (degrading) lack of privacy (NonC) (de in). ~ sexuelle (sexual) promiscuity.

**promo\*** [pʀɔmo] nf (abrév de promotion) year (Brit), class (US).

**promontoire** [pʀɔmɔ̃twaʀ] nm (Géog) headland, promontory.

**promoteur, -trice** [pʀɔmotœʀ, tʀis] nm,f (instigateur) instigator, promoter; (Chim) promoter. ~ (immobilier) property developer.

**promotion** [pʀɔmosjɔ̃] nf a (avancement) promotion (à un poste to a job). ~ sociale social advancement. b (Scol) year (Brit), class (US). être le premier de sa ~ to be first in one's year (Brit) ou class (US). c (Comm: réclame) promotion. notre ~ de la semaine this week's special offer; article en ~ item on special offer; il y a une ~ sur les chemises shirts are on special offer, there's a special on shirts (US); (Comm) ~ des ventes sales promotion. d (encouragement) promotion. faire la ~ de politique, idée, technique to promote.

**promotionnel, -elle** [pʀɔmosjɔnɛl] adj article on (special) offer; vente promotional. matériel ~ publicity material.

**promouvoir** [pʀɔmuvwaʀ] [27] vt personne to promote, upgrade (à to); politique, recherche, idée, technique to promote; (Comm) produit to promote. il a été promu directeur he was promoted ou upgraded to (the rank of) manager.

**prompt, prompte** [pʀɔ̃(pt), pʀɔ̃(p)t] adj (gén) swift, rapid, speedy, quick; repartie ready (épith), quick; esprit ready (épith), quick, sharp; réaction prompt, swift; départ, changement sudden. ~ rétablissement get well soon!, I (ou we) wish you a speedy recovery; ~ à l'injure/aux excuses/la se décider quick to insult/to apologize/to make up one's mind; avoir le geste ~ to be quick to act; avoir la main prompte to be quick to raise one's hand; ~ comme l'éclair ou la foudre as quick as lightning; (Comm) dans l'espoir d'une prompte réponse hoping for an early reply.

**promptement** [pʀɔ̃ptmɑ̃] adv (soutenu) swiftly; rapidly; speedily; quickly; promptly; suddenly.

**prompteur** [pʀɔ̃ptœʀ] nm ® teleprompter ®.

**promptitude** [pʀɔ̃(p)tityd] nf (voir prompt) swiftness; rapidity; speed; quickness; promptness, promptitude (frm); suddenness.

**promulgation** [pʀɔmylgasjɔ̃] nf promulgation.

**promulguer** [pʀɔmylge] [1] vt to promulgate.

**pronateur** [pʀɔnatœʀ] adj, nm: (muscle) ~ pronator.

**pronation** [pʀɔnasjɔ̃] nf pronation.

**prône** [pʀon] nm sermon.

**prôner** [pʀone] [1] vt (vanter) to laud, extol; (préconiser) to advocate, commend.

**pronom** [pʀɔnɔ̃] nm pronoun.

**pronominal, e** [pʀɔnɔminal, o] adj pronominal. (verbe) ~

# EXHIBIT E

2/5/2014                                         2011 La Terre Promise Pinot Noir



## DOMAINE CARNEROS.

My Account  |  Check Out

HOME    ABOUT    VISIT    WINES    WINEMAKING    EVENTS    GROUP EVENTS    WINE CLUB    WINE SHOP

2011 La Terre Promise Pinot Noir

- Overview

- Wine Details

- Tasting Notes

SPARKLING WINES

PINOT NOIR | STILL WINES

MAGNUMS & MORE!

CHATEAU SOCIETY CLUB EXCLUSIVES/CURRENT SHIPMENT WINES

GIFTS & MERCHANDISE

WINE CLUB GIFT MEMBERSHIP

SHIPPING POLICY

FEDEX CLIMATE CONTROL SHIPPING

SHIPPING STATE
California ▼



### 2011 LA TERRE PROMISE PINOT NOIR

We call it the Promised Land ("La Terre Promise") and it just might be the most picturesque ranch in Carneros.

We call it the Promised Land ("La Terre Promise") and it just might be the most picturesque ranch in Carneros. This site was selected for its rolling hills and exceptional soils, planted between 2002 and 2004 it has been carefully planted to a wide variety of Pinot noir clones. Year after year it has proven itself by consistently delivering aromatic and exciting Pinot noir.

This edition features the vaunted "Dijon 667" clone which is widely planted in California and a particular favorite here in Carneros. The pure fruit expression of this clone is one of its undeniable hallmarks, and in this example showcases a focused beam of raspberry and black cherry with a wisp of anise. The other key feature of the Dijon 667 is its unique tannin profile. While great Pinot noir is always elegant and delicate this clone lends a textural component which adds richness to the mid-palate as well as lengthens the finish.

- ▲
- ▼

$55.00/Bottle

Cart Total:  $0.00

[1]    ADD TO CART

CUSTOMER LOGIN     EMPLOYMENT     EMAIL SIGNUP     DIRECTIONS     CONTACT US     MEDIA & TRADE     CUSTOMER SERVICE/SHIPPING

SPARKLING WINES     BRUT SPARKLING WINE     BRUT ROSE     ROMANTIC NAPA VALLEY     CALIFORNIA WINE CLUB

Domaine Carneros | 1240 Duhig Road, Napa California 94559 | 800.716 BRUT(2788) | E-Mail: info@DomaineCarneros.com
2014 Copyright - Domaine Carneros