CARLE, MACKIE, POWER & ROSS LLP
JOHN B. DAWSON (SBN 242161)
*jdawson@cmprlaw.com*
RICHARD C. O'HARE (SBN 167960)
*rohare@cmprlaw.com*
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiffs
DIANA KARREN and CHARLES KARREN

LAW OFFICE OF PAUL W. REIDL
PAUL W. REIDL (SBN 155221)
*paul@reidllaw.com*
241 Eagle Trace Drive
Half Moon Bay, California 94019
Telephone: (650) 560-8530

Attorney for Defendant
DOMAINE CARNEROS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| DIANA KARREN and CHARLES KARREN, | Case No: CASE NO. 3:14-cv-4929 SC |
|---|---|
| Plaintiffs, | **STIPULATION AND [~~Proposed~~] ORDER** |
| v. | |
| DOMAINE CARNEROS, LTD., | |
| Defendant. | |

TO THE HONORABLE JUDGE SAMUEL CONTI, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Diana Karren and Charles Karren and Defendant Domaine Carneros, Ltd., (collectively, the "Parties"), as follows:

A full and final settlement of the above-titled action has been agreed to by all of the Parties as set forth in a settlement agreement between them executed on June 25, 2015 (the "Agreement"), which Agreement provides in relevant part that "the Parties shall file a stipulation

and proposed order in [this action] which dismisses [this action] with prejudice upon an order by the Court retaining jurisdiction to enforce the terms of the Agreement."

Pursuant to the Agreement and Rule 41 (a)(2)(A)(ii), the Parties hereby stipulate and agree that this action be dismissed with prejudice and that the Court should retain jurisdiction over the Parties and the Agreement to enforce the terms thereof.

The e-signature of Defendant's counsel has been affixed with his written permission.

Dated: June 30, 2015                         CARLE, MACKIE, POWER & ROSS LLP

By: /s/ RICHARD C. O'HARE
Richard C. O'Hare
100 B Street, Suite 400
Santa Rosa, CA 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

*Attorneys for Plaintiffs*
*Diana Karren and Charles Karren*

Dated: June 30, 2015                         LAW OFFICES OF PAUL W. REIDL

By: /s/ PAUL W. REIDL
Paul W. Reidl
241 Eagle Trace Drive
Half Moon Bay, CA 94109
Telephone: (650) 560-8530
paul@reidllaw.com

*Attorney for Defendant*
*Domaine Carneros, Ltd.*

IT IS SO ORDERED.

Pursuant to the Stipulation between the Parties, the above-titled action shall be dismissed with prejudice while the Court reserves and retains jurisdiction of the Agreement and and the Parties to enforce the terms thereof.

Dated: 07/01/2015

THE HONORABLE SAMUEL CONTI